# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Evan Prochniak<br>       Jaime Prochniak<br><br>              <u>Debtors</u> | CHAPTER 11<br><br>BKY. NO. 18-12486 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                      Respectfully submitted,

                      **<u>/s/ Rebecca A. Solarz, Esquire</u>**
                      Rebecca A. Solarz, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322 FAX (215) 627-7734