IN THE UNITED STATES BANKURPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| EVAN PROCHNIAK | : | Bankr. No. 18-12486 (MDC) |
| JAIME PROCHNIAK, | : | |
| | : | |
| Debtors. | : | |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THIS COURT:

Kindly withdraw Claim Number 15 from the claims register in the above-referenced case. The Proof of Claim docketed at Claim Number 15 inadvertently and incorrectly listed the "Current Creditor" as "6000 Sagemore Drive". The "Current Creditor" should have been listed as "The Bryn Mawr Trust Company." A correct Proof of Claim has been filed and docketed on the claims register as Claim Number 16.

June 14, 2018

                                                    Respectfully submitted,

                                                   /s/ Julie M. Murphy
                                                   Julie M. Murphy, Esq.
                                                   Hyland Levin, LLP
                                                   6000 Sagemore Drive, Suite 6301
                                                   Marlton, NJ 08053
                                                   Tel: (856) 355-2992
                                                   Fax: (856) 355-2901
                                                   E-Mail: murphy@hylandlevin.com

## CERTIFICATE OF SERVICE

      I, Julie M. Murphy, do hereby certify that on this date I caused a true and correct copy of the foregoing Praecipe to Withdraw Proof of Claim to be filed via the Court's CM/ECF website and that a copy of the same has been served via electronic noticing on all counsel of record.

      /s/ Julie M. Murphy
      Julie M. Murphy