# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re:

EVAN PROCHNIAK AND
JAIME PROCHNIAK

        Debtors

_____

: Chapter 11
:
: Case No.: 18-12486 (MDC)
:
:
:
:

## SCHEDULING ORDER

**AND NOW**, this 26th day of June, 2018, upon creditor Lava Funding, LLC having filed a Motion for Relief of Stay (D.I. 22) and responsive pleadings filed by Universal Funds, LLC (D.I. 43) and the Debtors[1] (D.I. 44), it is hereby **ORDERED** that:

1.    The parties will complete discovery by August 1, 2018;

2.    A hearing shall be held on this matter on August 27, 2018, at 10:30 a.m. in Courtroom #2, Bankruptcy Court, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, 2nd Flr., Philadelphia, PA.

        BY THE COURT:

        *Magdeline D. Coleman*
        _____
        MAGDELINE D. COLEMAN
        UNITED STATES BANKRUPTCY COURT JUDGE

---

[1] Lava Funding, LLC, Universal Funds, LLC and the Debtors may be hereinafter referred to as the "Debtors".