United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12486-mdc
Evan Prochniak                                                        Chapter 11
Jaime Prochniak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1         Date Rcvd: Jun 26, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db/db         +Evan Prochniak,    Jaime Prochniak,    20 Guernsey Road,    Swarthmore, PA 19081-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              CORY P. STEPHENSON     on behalf of Debtor Jaime  Prochniak cstephenson@bk-legal.com
              CORY P. STEPHENSON     on behalf of Debtor Evan  Prochniak cstephenson@bk-legal.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              JOSEPH P. KERRIGAN     on behalf of Creditor   Lava Funding, LLC jpklaw@msn.com,
               G21030@notify.cincompass.com
              JULIE M. MURPHY    on behalf of    The Bryn Mawr Trust Company murphy@hylandlevin.com
              KARIN CORBETT    on behalf of    Universal Funds, LLC kcorbett@offitkurman.com,
               jallem@offitkurman.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL JASON BARRIE     on behalf of Creditor   CRE/ADC VENTURE 2013-1, LLC, as
               successor-in-interest to NOVA BANK mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              REBECCA ANN SOLARZ     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI     on behalf of Debtor Jaime  Prochniak tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI     on behalf of Debtor Evan  Prochniak tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WALTER WEIR, JR.    on behalf of Creditor KENNETH  SCHUSTER wweir@weirpartners.com,
               smorris@weirpartners.com
                                                                                             TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                    :    Chapter 11
In re:                              :
                                    :    Case No.: 18-12486 (MDC)
EVAN PROCHNIAK AND                  :
JAIME PROCHNIAK                     :
                                    :
         Debtors                    :
_____

SCHEDULING ORDER

**AND NOW**, this 26th day of June, 2018, upon creditor Lava Funding, LLC having filed a Motion for Relief of Stay (D.I. 22) and responsive pleadings filed by Universal Funds, LLC (D.I. 43) and the Debtors[1] (D.I. 44), it is hereby **ORDERED** that:

1. The parties will complete discovery by August 1, 2018;

2. A hearing shall be held on this matter on August 27, 2018, at 10:30 a.m. in Courtroom #2, Bankruptcy Court, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, 2nd Flr., Philadelphia, PA.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY COURT JUDGE

---

[1] Lava Funding, LLC, Universal Funds, LLC and the Debtors may be hereinafter referred to as the "Debtors".