# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| EVAN PROCHNIAK AND JAIME PROCHNIAK | Case No. 18-12486 (MDC) |
| Debtors. | |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application for Authority to Employ and Retain Century 21 Preferred Real Estate as Real Estate Broker for the Debtors and Debtors-in-Possession* (the "Application") (D.I. No. 63) which was filed and served on August 1, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application (D.I. No. 64), all objections to the Application were to be filed and served no later than August 8, 2018.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

**BIELLI & KLAUDER, LLC**

Dated: August 10, 2018

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: (215) 642-8271
Fax: (215) 754-4177
tbielli@bk-legal.com

*Counsel to the Debtors, Evan Prochniak and Jaime Prochniak*