# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| EVAN PROCHNIAK AND JAIME PROCHNIAK | Case No. 18-12486 (MDC) |
| Debtors. | |

## **ORDER**

AND NOW this  20th  day of ____August____, 2018, upon consideration of Evan Prochniak and Jaime Prochniak's (collectively the "Debtors") *Application to Employ and Retain Century 21 Preferred Real Estate as Real Estate Broker for the Debtors and Debtors-in-Possession* (the "Application") and any response thereto, it is

ORDERED and DECREED that the Application is Approved as set forth herein; and it is further

ORDERED and DECREED that the Debtors are hereby authorized to employ and retain Century 21 Preferred Real Estate ("Century 21") as their real estate broker pursuant to 11 U.S.C. §327(a); and it is further

ORDERED and DECREED that Century 21 shall not be required to submit fee applications, but any compensation and expenses due to Century 21, as set forth in the Application, shall be described in any motion brought by the Debtors for approval of the sale of the Property (as defined in the Application), and at that time Century 21 will provide a detail of all expenses on which it seeks reimbursement; and it is further

ORDERED and DECREED that this Court shall retain jurisdiction to interpret and enforce the terms of this Order.

*Magdeline D. Coleman*
_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge