United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Evan Prochniak
Jaime Prochniak
    Debtors

Case No. 18-12486-mdc
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Aug 20, 2018
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2018.
db/db       +Evan Prochniak,   Jaime Prochniak,   20 Guernsey Road,   Swarthmore, PA 19081-1207
br          +Century 21 Preferred Real Estate,   1020 E. Baltimore Pike,   Media, PA 19063-5171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:
        CORY P. STEPHENSON   on behalf of Debtor Evan  Prochniak cstephenson@bk-legal.com
        CORY P. STEPHENSON   on behalf of Debtor Jaime  Prochniak cstephenson@bk-legal.com
        DENISE A. KUHN   on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue dkuhn@attorneygeneral.gov
        JOSEPH P. KERRIGAN   on behalf of Creditor    Lava Funding, LLC jpklaw@msn.com, G21030@notify.cincompass.com
        JULIE M. MURPHY   on behalf of    The Bryn Mawr Trust Company murphy@hylandlevin.com
        KARIN CORBETT   on behalf of    Universal Funds, LLC kcorbett@offitkurman.com, mhines@offitkurman.com
        KEVIN P. CALLAHAN   on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        MICHAEL JASON BARRIE   on behalf of Creditor    CRE/ADC VENTURE 2013-1, LLC, as successor-in-interest to NOVA BANK mbarrie@beneschlaw.com, docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
        REBECCA ANN SOLARZ   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        THOMAS DANIEL BIELLI   on behalf of Debtor Jaime  Prochniak tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com
        THOMAS DANIEL BIELLI   on behalf of Debtor Evan  Prochniak tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WALTER WEIR, JR.   on behalf of Creditor KENNETH  SCHUSTER wweir@weirpartners.com, smorris@weirpartners.com
        TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| EVAN PROCHNIAK AND JAIME PROCHNIAK | Case No. 18-12486 (MDC) |
| Debtors. | |

## ORDER

AND NOW this 20th day of August, 2018, upon consideration of Evan Prochniak and Jaime Prochniak's (collectively the "Debtors") *Application to Employ and Retain Century 21 Preferred Real Estate as Real Estate Broker for the Debtors and Debtors-in-Possession* (the "Application") and any response thereto, it is

ORDERED and DECREED that the Application is Approved as set forth herein; and it is further

ORDERED and DECREED that the Debtors are hereby authorized to employ and retain Century 21 Preferred Real Estate ("Century 21") as their real estate broker pursuant to 11 U.S.C. §327(a); and it is further

ORDERED and DECREED that Century 21 shall not be required to submit fee applications, but any compensation and expenses due to Century 21, as set forth in the Application, shall be described in any motion brought by the Debtors for approval of the sale of the Property (as defined in the Application), and at that time Century 21 will provide a detail of all expenses on which it seeks reimbursement; and it is further

ORDERED and DECREED that this Court shall retain jurisdiction to interpret and enforce the terms of this Order.

*Magdeline D. Coleman*
Honorable Magdeline D. Coleman
United States Bankruptcy Judge