### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Evan Prochniak and Jaime
Prochniak

      Debtor(s)

Case No: 18–12486–mdc

Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**\*\*RESCHEDULED\*\***
Motion for Relief from Stay of Lava Funding, LLC Filed by Lava Funding, LLC Represented by JOSEPH P. KERRIGAN (Counsel).

on: 10/15/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/23/18

Timothy B. McGrath
Clerk of Court

70 – 22
Form 167