```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                          Case No. 18-12486-mdc
Evan Prochniak                                                  Chapter 11
Jaime Prochniak
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Eileen               Page 1 of 3              Date Rcvd: Aug 23, 2018
                              Form ID: 167               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db/db          +Evan Prochniak,    Jaime Prochniak,    20 Guernsey Road,    Swarthmore, PA 19081-1207
aty            +Bielli & Klauder, LLC,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
br             +Century 21 Preferred Real Estate,    1020 E. Baltimore Pike,    Media, PA 19063-5171
14122366       +6000 Sagemore Drive,    801 Lancaster Avenue,    c/o Kevin R. Pyle,    Bryn Mawr, NJ 19010-3305
14106321       +Accrued Capital, Inc.,    20 Guernsey Road,    Swarthmore, PA 19081-1207
14103557        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14094739       +Beneficial Savings Bank,    530 Walnut St.,    Philadelphia, PA 19106-3624
14094740       +Best Buy / CBNA,    PO Cox 6497,    Sioux Falls, SD 57117-6497
14094741        Bryn Mawr Trust,    c/o Julie M. Murphy, Esq.,    Hyland Levin LLP,
                 6000 Sagemore Dr., Ste. 6301,    Marlton, NJ 08053-3900
14094744       +CRE/ADC Venture 2013-1,LLC,    515 S. Flower St. 44th Fl.,    Los Angeles, CA 90071-2201
14105768       +Commonwealth of Pennsylvania,    c/o Denise A. Kuhn,    Office of Attorney General,
                 The Phoenix Building,    1600 Arch Street, Suite 300,    Phila., PA 19103-2016
14098068        Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14094746       +Gary Iacona, Jr.,    228 Baltimore Pk.,    Springfield, PA 19064-3630
14094747       +Gary Iacona, Sr.,    407 McDdade Blvd.,    Folsom, PA 19033-3202
14092940       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14094748       +Hyundai Leasing,    Hyundai Leasing Titling Trust,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
14094749       +Joseph P. Kerrigan, Esq.,    461 N. 3rd Street, Suite 2B,    Philadelphia, PA 19123-4111
14122365       +Julie Murphy,    6000 Sagemore Drive,    Suite 6301,    Marlton, NJ 08053-3900
14100863       +Kenneth R. Schuster,    c/o Walter Weir, Jr., Esquire,    Weir & Partners LLP,
                 1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
14094750       +Kenneth R. Schuster, Esq.,    1339 Chestnut St., Ste. 500,    Philadelphia, PA 19107-3519
14106335       +Kenneth Schuster, Esq.,    1339 Chestnut St., Ste. 500,    Philadelphia, PA 19107-3519
14094751       +Lava Funding, LLC,    1613 S. Broad St., Unit 1B,    Philadelphia, PA 19148-1003
14106337       +M & T Bank,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite  5000,    Phila., PA 19106-1541
14094753       +MCYDSNB,    PO Box 8218,    Mason, OH 45040-8218
14094755        Michael J. Barrie, Esq.,    Benesch, Friedlander, Coplan & Aronoff,
                 222 Delaware Ave., Ste. 801,    Wilmington, DE 19801-1611
14106341       +Prochniak Law P.C.,    20 Guernsey Road,    Swarthmore, PA 19081-1207
14111037       +Sheraton Flex Vacations, LLC,    Vistana Portfolio Services, Inc.,    Attn: LSA,
                 9002 San Marco Court,    Orlando, FL 32819-8600
14094757       +TD Bank USA / Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
14122735       +The Bryn Mawr Trust Company,    c/o Julie Murphy,    Hyland Levin LLP,
                 6000 Sagemore Drive, Suite 3601,    Marlton, NJ 08053-3900
14094758       +The Home Depot / CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14094759       +Vistana Vacation Owner,    9002 San Marco Ct.,    Orlando, FL 32819-8600
14094761       +WF / Bobs Fn,    PO Box 14517,    Des Moines, IA 50306-3517
14094762       +WF Card Services,    3201 N. 4th Ave.,    Sioux Falls, SD 57104-0700
14094760        Wells Fargo Bank NA,    PO Box,   14517,    Des Moines, IA 50306
14110521        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA    50306-0438
14106348       +Zitner Candy Corp,    3120 N. 17th St.,    Philadelphia, PA 19132-2395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 01:24:54
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
14094742       +E-mail/Text: bknotices@conduent.com Aug 24 2018 01:25:15      CES / Access,    c/o ACS,
                 501 Bleeker St.,    Utica, NY 13501-2401
14094743       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 24 2018 01:24:50      Comenity Bank / Anntylr,
                 PO Box 182273,    Columbus, OH 43218-2273
14106330        E-mail/Text: mrdiscen@discover.com Aug 24 2018 01:24:47      Discover Bank,
                 Discovery Bank Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
14096808        E-mail/Text: mrdiscen@discover.com Aug 24 2018 01:24:47      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14094745       +E-mail/Text: mrdiscen@discover.com Aug 24 2018 01:24:47      Discover Fin. Svcs. LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
14106746       +E-mail/Text: cio.bncmail@irs.gov Aug 24 2018 01:24:48      Internal Revenue Service,
                 Centralized Insolvency Operation,    Po Box 7317,    Philadelphia, Pa 19101-7317
14094752        E-mail/Text: camanagement@mtb.com Aug 24 2018 01:24:50      M & T Bank,    PO Box 900,
                 Millsboro, DE 19966
14161315        E-mail/Text: camanagement@mtb.com Aug 24 2018 01:24:50      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
14094754       +E-mail/Text: M74banko@daimler.com Aug 24 2018 01:25:14      Mercedes-Benz Financial,
                 PO Box 961,    Roanoke, TX 76262-0961
14096458        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 01:24:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14094756       +E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 24 2018 01:25:13      Sallie Mae,    PO Box 3229,
                 Wilmington, DE 19804-0229
```

```
District/off: 0313-2           User: Eileen                Page 2 of 3            Date Rcvd: Aug 23, 2018
                               Form ID: 167                Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 12

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14106322*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
14106323*      +Beneficial Savings Bank,    530 Walnut St.,    Philadelphia, PA 19106-3624
14106324*      +Best Buy / CBNA,    PO Cox 6497,    Sioux Falls, SD 57117-6497
14106325*       Bryn Mawr Trust,    c/o Julie M. Murphy, Esq.,    Hyland Levin LLP,
                 6000 Sagemore Dr., Ste. 6301,    Marlton, NJ 08053-3900
14106326*      +CES / Access,    c/o ACS,    501 Bleeker St.,    Utica, NY 13501-2401
14106328*      +CRE/ADC Venture 2013-1,LLC,    515 S. Flower St. 44th Fl.,    Los Angeles, CA 90071-2201
14106327*      +Comenity Bank / Anntylr,    PO Box 182273,    Columbus, OH 43218-2273
14106329*       Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14106331*      +Gary Iacona, Jr.,    228 Baltimore Pk.,    Springfield, PA 19064-3630
14106332*      +Gary Iacona, Sr.,    407 McDdade Blvd.,    Folsom, PA 19033-3202
14092942*      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14106333*      +Hyundai Leasing,    Hyundai Leasing Titling Trust,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
14106334*      +Joseph P. Kerrigan, Esq.,    461 N. 3rd Street, Suite 2B,    Philadelphia, PA 19123-4111
14106336*      +Lava Funding, LLC,    1613 S. Broad St., Unit 1B,    Philadelphia, PA 19148-1003
14106338*      +MCYDSNB,    PO Box 8218,    Mason, OH 45040-8218
14106339*      +Mercedes-Benz Financial,    PO Box 961,    Roanoke, TX 76262-0961
14106340*       Michael J. Barrie, Esq.,    Benesch, Friedlander, Coplan & Aronoff,
                 222 Delaware Ave., Ste. 801,    Wilmington, DE 19801-1611
14106342*      +Sallie Mae,    PO Box 3229,    Wilmington, DE 19804-0229
14106343*      +The Home Depot / CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14106344*      +Vistana Vacation Owner,    9002 San Marco Ct.,    Orlando, FL 32819-8600
14106346*      +WF / Bobs Fn,    PO Box 14517,    Des Moines, IA 50306-3517
14106347*      +WF Card Services,    3201 N. 4th Ave.,    Sioux Falls, SD 57104-0700
14106345*       Wells Fargo Bank NA,    PO Box,    14517,    Des Moines, IA 50306
                                                                                               TOTALS: 0, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              CORY P. STEPHENSON    on behalf of Debtor Jaime  Prochniak cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Debtor Evan  Prochniak cstephenson@bk-legal.com
              DENISE A. KUHN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              JOSEPH P. KERRIGAN    on behalf of Creditor   Lava Funding, LLC jpklaw@msn.com,
               G21030@notify.cincompass.com
              JULIE M. MURPHY    on behalf of    The Bryn Mawr Trust Company murphy@hylandlevin.com
              KARIN CORBETT    on behalf of    Universal Funds, LLC kcorbett@offitkurman.com,
               mhines@offitkurman.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL JASON BARRIE    on behalf of Creditor   CRE/ADC VENTURE 2013-1, LLC, as
               successor-in-interest to NOVA BANK mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Debtor Evan  Prochniak tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Debtor Jaime  Prochniak tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WEIR, JR.    on behalf of Creditor KENNETH  SCHUSTER wweir@weirpartners.com,
               smorris@weirpartners.com
```

```
District/off: 0313-2           User: Eileen                Page 3 of 3              Date Rcvd: Aug 23, 2018
                               Form ID: 167                Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Evan Prochniak and Jaime Prochniak
    Debtor(s)

Case No: 18−12486−mdc
Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*\*
Motion for Relief from Stay of Lava Funding, LLC Filed by Lava Funding, LLC Represented by JOSEPH P. KERRIGAN (Counsel).

on: 10/15/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/23/18

Timothy B. McGrath
Clerk of Court

70 − 22
Form 167