United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12486-mdc
Evan Prochniak                                                      Chapter 11
Jaime Prochniak
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett             Page 1 of 3                   Date Rcvd: Sep 19, 2018
                              Form ID: pdf900             Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
```
db/db         +Evan Prochniak,    Jaime Prochniak,    20 Guernsey Road,    Swarthmore, PA 19081-1207
aty           +Bielli & Klauder, LLC,    1500 Walnut Street,    Suite 900,   Philadelphia, PA 19102-3518
br            +Century 21 Preferred Real Estate,    1020 E. Baltimore Pike,   Media, PA 19063-5171
NONE          +Universal Funds, LLC,    200 Phillips Road,    Exton, PA 19341-1308
14122366      +6000 Sagemore Drive,    801 Lancaster Avenue,    c/o Kevin R. Pyle,    Bryn Mawr, NJ 19010-3305
14106321      +Accrued Capital, Inc.,    20 Guernsey Road,    Swarthmore, PA 19081-1207
14103557       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
14094739      +Beneficial Savings Bank,    530 Walnut St.,   Philadelphia, PA 19106-3624
14094740      +Best Buy / CBNA,    PO Cox 6497,    Sioux Falls, SD 57117-6497
14094741       Bryn Mawr Trust,    c/o Julie M. Murphy, Esq.,    Hyland Levin LLP,
                6000 Sagemore Dr., Ste. 6301,    Marlton, NJ 08053-3900
14094744      +CRE/ADC Venture 2013-1,LLC,    515 S. Flower St. 44th Fl.,    Los Angeles, CA 90071-2201
14105768      +Commonwealth of Pennsylvania,    c/o Denise A. Kuhn,    Office of Attorney General,
                The Phoenix Building,    1600 Arch Street, Suite 300,    Phila., PA 19103-2016
14098068       Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,   Roseville, MN 55113-0011
14094746      +Gary Iacona, Jr.,    228 Baltimore Pk.,    Springfield, PA 19064-3630
14094747      +Gary Iacona, Sr.,    407 McDdade Blvd.,    Folsom, PA 19033-3202
14092940      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14094748      +Hyundai Leasing,    Hyundai Leasing Titling Trust,    PO Box 20825,
                Fountain Valley, CA 92728-0825
14094749      +Joseph P. Kerrigan, Esq.,    461 N. 3rd Street, Suite 2B,    Philadelphia, PA 19123-4111
14122365      +Julie Murphy,    6000 Sagemore Drive,    Suite 6301,   Marlton, NJ 08053-3900
14100863      +Kenneth R. Schuster,    c/o Walter Weir, Jr., Esquire,    Weir & Partners LLP,
                1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
14094750      +Kenneth R. Schuster, Esq.,    1339 Chestnut St., Ste. 500,    Philadelphia, PA 19107-3519
14106335      +Kenneth Schuster, Esq.,    1339 Chestnut St., Ste. 500,    Philadelphia, PA 19107-3519
14094751      +Lava Funding, LLC,    1613 S. Broad St., Unit 1B,    Philadelphia, PA 19148-1003
14106337      +M & T Bank,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite   5000,    Phila., PA 19106-1541
14094753      +MCYDSNB,    PO Box 8218,    Mason, OH 45040-8218
14094755       Michael J. Barrie, Esq.,    Benesch, Friedlander, Coplan & Aronoff,
                222 Delaware Ave., Ste. 801,    Wilmington, DE 19801-1611
14106341      +Prochniak Law P.C.,    20 Guernsey Road,    Swarthmore, PA 19081-1207
14111037      +Sheraton Flex Vacations, LLC,    Vistana Portfolio Services, Inc.,    Attn: LSA,
                9002 San Marco Court,    Orlando, FL 32819-8600
14094757      +TD Bank USA / Targetcred,    PO Box 673,   Minneapolis, MN 55440-0673
14122735      +The Bryn Mawr Trust Company,    c/o Julie Murphy,    Hyland Levin LLP,
                6000 Sagemore Drive, Suite 3601,    Marlton, NJ 08053-3900
14094758      +The Home Depot / CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14094759      +Vistana Vacation Owner,    9002 San Marco Ct.,    Orlando, FL 32819-8600
14094761      +WF / Bobs Fn,    PO Box 14517,    Des Moines, IA 50306-3517
14094762      +WF Card Services,    3201 N. 4th Ave.,    Sioux Falls, SD 57104-0700
14094760       Wells Fargo Bank NA,    PO Box,    14517,   Des Moines, IA 50306
14110521       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA    50306-0438
14106348      +Zitner Candy Corp,    3120 N. 17th St.,   Philadelphia, PA 19132-2395
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:40     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: cio.bncmail@irs.gov Sep 20 2018 02:28:48      Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA  19101-7346
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2018 02:29:28      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:29:06
                Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                Harrisburg, PA  17128-0946
cr            +E-mail/Text: duffyk@co.delaware.pa.us Sep 20 2018 02:29:57      Delaware County Tax Claim Bureau,
                Government Center,    201 W. Front Street,    Media, PA 19063-2708
NONE           E-mail/Text: Collections@bmtc.com Sep 20 2018 02:28:43      The Bryn Mawr Trust Company,
                801 Lancaster Avenue,    Bryn Mawr, PA  19010
14094742      +E-mail/Text: bknotices@conduent.com Sep 20 2018 02:30:05      CES / Access,    c/o ACS,
                501 Bleeker St.,    Utica, NY 13501-2401
14094743      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 02:28:52      Comenity Bank / Anntylr,
                PO Box 182273,   Columbus, OH 43218-2273
14189024      +E-mail/Text: duffyk@co.delaware.pa.us Sep 20 2018 02:29:57      Delaware County Tax Claim Bureau,
                Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
14106330       E-mail/Text: mrdiscen@discover.com Sep 20 2018 02:28:45      Discover Bank,
                Discovery Bank Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
14096808       E-mail/Text: mrdiscen@discover.com Sep 20 2018 02:28:45      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0313-2            User: Antoinett             Page 2 of 3                   Date Rcvd: Sep 19, 2018
                                Form ID: pdf900             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14094745        +E-mail/Text: mrdiscen@discover.com Sep 20 2018 02:28:45      Discover Fin. Svcs. LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
14094752         E-mail/Text: camanagement@mtb.com Sep 20 2018 02:28:51      M & T Bank,    PO Box 900,
                 Millsboro, DE 19966
14161315         E-mail/Text: camanagement@mtb.com Sep 20 2018 02:28:51      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
14094754        +E-mail/Text: M74banko@daimler.com Sep 20 2018 02:30:04      Mercedes-Benz Financial,
                 PO Box 961,    Roanoke, TX 76262-0961
14096458         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:29:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14094756        +E-mail/Text: ebn_bkrt_forms@salliemae.com Sep 20 2018 02:29:57      Sallie Mae,    PO Box 3229,
                 Wilmington, DE 19804-0229
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*             +Daimler Trust,   c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14106322*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
14106323*       +Beneficial Savings Bank,    530 Walnut St.,    Philadelphia, PA 19106-3624
14106324*       +Best Buy / CBNA,    PO Cox 6497,   Sioux Falls, SD 57117-6497
14106325*        Bryn Mawr Trust,   c/o Julie M. Murphy, Esq.,     Hyland Levin LLP,
                 6000 Sagemore Dr., Ste. 6301,    Marlton, NJ 08053-3900
14106326*       +CES / Access,   c/o ACS,    501 Bleeker St.,    Utica, NY 13501-2401
14106328*       +CRE/ADC Venture 2013-1,LLC,    515 S. Flower St. 44th Fl.,    Los Angeles, CA 90071-2201
14106327*       +Comenity Bank / Anntylr,    PO Box 182273,    Columbus, OH 43218-2273
14106329*        Daimler Trust,   c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14106331*       +Gary Iacona, Jr.,    228 Baltimore Pk.,    Springfield, PA 19064-3630
14106332*       +Gary Iacona, Sr.,    407 McDdade Blvd.,    Folsom, PA 19033-3202
14092942*       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14106333*       +Hyundai Leasing,    Hyundai Leasing Titling Trust,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
14106746*       +Internal Revenue Service,    Centralized Insolvency Operation,    Po Box 7317,
                 Philadelphia, Pa 19101-7317
14106334*       +Joseph P. Kerrigan, Esq.,    461 N. 3rd Street, Suite 2B,    Philadelphia, PA 19123-4111
14106336*       +Lava Funding, LLC,    1613 S. Broad St., Unit 1B,    Philadelphia, PA 19148-1003
14106338*       +MCYDSNB,   PO Box 8218,    Mason, OH 45040-8218
14106339*       +Mercedes-Benz Financial,    PO Box 961,   Roanoke, TX 76262-0961
14106340*        Michael J. Barrie, Esq.,    Benesch, Friedlander, Coplan & Aronoff,
                 222 Delaware Ave., Ste. 801,    Wilmington, DE 19801-1611
14106342*       +Sallie Mae,   PO Box 3229,    Wilmington, DE 19804-0229
14106343*       +The Home Depot / CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14106344*       +Vistana Vacation Owner,    9002 San Marco Ct.,    Orlando, FL 32819-8600
14106346*       +WF / Bobs Fn,   PO Box 14517,    Des Moines, IA 50306-3517
14106347*       +WF Card Services,    3201 N. 4th Ave.,    Sioux Falls, SD 57104-0700
14106345*        Wells Fargo Bank NA,    PO Box,   14517,   Des Moines, IA 50306
                                                                                        TOTALS: 0, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              CORY P. STEPHENSON    on behalf of Debtor Jaime  Prochniak cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Debtor Evan  Prochniak cstephenson@bk-legal.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov

```
District/off: 0313-2          User: Antoinett            Page 3 of 3              Date Rcvd: Sep 19, 2018
                              Form ID: pdf900            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JOSEPH P. KERRIGAN    on behalf of Creditor   Lava Funding, LLC jpklaw@msn.com,
               G21030@notify.cincompass.com
              JULIE M. MURPHY    on behalf of    The Bryn Mawr Trust Company murphy@hylandlevin.com
              KARIN  CORBETT    on behalf of    Universal Funds, LLC kcorbett@offitkurman.com,
               mhines@offitkurman.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL JASON BARRIE    on behalf of Creditor    CRE/ADC VENTURE 2013-1, LLC, as
               successor-in-interest to NOVA BANK mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com,  ecfnotice@comcast.net
              THOMAS DANIEL BIELLI    on behalf of Debtor Evan  Prochniak tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Attorney   Bielli & Klauder, LLC tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Debtor Jaime  Prochniak tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER  WEIR, JR.    on behalf of Creditor KENNETH  SCHUSTER wweir@weirpartners.com,
               smorris@weirpartners.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 16
```

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EVAN PROCHNIAK and | : | |
| JAIME PROCHNIAK | : | |
| | : | |
| | : | |
| Debtors | : | Bankruptcy No.: 18-12486 (MDC) |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Acting United States Trustee has filed a **Motion to Convert or Dismiss Case** with the Court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **twenty-one days from date of service**, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:
    Kevin P. Callahan, Trial Attorney
    Office of the U.S. Trustee
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107
    (215) 597-4411 fax (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **October 31, 2018, at 11:00 a.m., in Courtroom #2,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 18, 2018