IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EVAN PROCHNIAK ) | Chapter 11 |
| JAIME PROCHNIAK ) | |
| **Debtor(s)** ) | Case No.: 18-12486(MDC) |
| ) | |
| ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 27, 2018, I served a copy of the Motion for Stay Relief, Certification of Concurrence, and Proposed Order to the following parties in this matter by regular mail:

<u>Name and Address</u>
<u>Debtor</u>
Evan and Jaime Prochniak
20 Guernsey Road
Swarthmore, PA 19081

<u>Debtor's Attorney</u>
Thomas Daniel Bielli, Esq.
Bielli & Klauder, LLC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

<u>United States Trustee</u>
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Attn: Kevin P. Callahan, Esq.

CONTINUED

CREDITORS:

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Bryn Mawr Trust
c/o Julie M. Murphy, Esq.
Hyland Levin LLP
6000 Sagemore Dr., Suite 6301
Marlton, NJ 08053-3900

CES/Access
c/o ACS
501 Bleeker St.
Utica, NY 13501

CRE/ADC Venture 2013-1, LLC
515 S. Flower St. 44th Fl.
Los Angeles, CA 90071

Discovery Bank
Discovery Bank Discover
Products Inc.
P.O. Box 3025
New Albany, OH 43054-3025

WF Card Services
3201 N. 4th Ave.
Sioux Falls, SD 57104

Hyundai Leasing
Hyundai Leasing Titling Trust
P.O. Box 20825
Fountain Valley, CA 92728

M&T Bank
P.O. Box 900
Millsboro, DE 19966

Mercedes-Benz Financial
P.O. Box 961
Roanoke, TX 76262

Sallie Mae
P.O. Box 3229
Wilmington, DE 19804

The Home Depot/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Vistana Vacation Owner
9002 San Marco Ct.
Orlando, FL 32819

Wells Fargo Bank, N.A.
and WF/Bobs Fn
P.O. Box 14517
Des Moines, IA 50306

I certify under penalty of perjury that the foregoing is true and correct.

Date: 9-27-2018

Name: /s/William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania