United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12486-mdc
Evan Prochniak                                                          Chapter 11
Jaime Prochniak
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 27, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db/db        +Evan Prochniak,    Jaime Prochniak,    20 Guernsey Road,    Swarthmore, PA 19081-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              CORY P. STEPHENSON    on behalf of Debtor Jaime  Prochniak cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Debtor Evan  Prochniak cstephenson@bk-legal.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              JOSEPH P. KERRIGAN    on behalf of Creditor    Lava Funding, LLC jpklaw@msn.com,
               G21030@notify.cincompass.com
              JULIE M. MURPHY    on behalf of     The Bryn Mawr Trust Company murphy@hylandlevin.com
              KARIN CORBETT    on behalf of    Universal Funds, LLC kcorbett@offitkurman.com,
               mhines@offitkurman.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL JASON BARRIE    on behalf of Creditor    CRE/ADC VENTURE 2013-1, LLC, as
               successor-in-interest to NOVA BANK mbarrie@beneschlaw.com,
               docket@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotice@comcast.net
              THOMAS DANIEL BIELLI    on behalf of Attorney    Bielli & Klauder, LLC tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Debtor Jaime  Prochniak tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Debtor Evan  Prochniak tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WALTER WEIR, JR.    on behalf of Creditor KENNETH  SCHUSTER wweir@weirpartners.com,
               smorris@weirpartners.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 18-12486-mdc |
| EVAN PROCHNIAK AND<br>JAIME PROCHNIAK, | : Chapter 11 |
| Debtors. | |

### STIPULATION GRANTING RELIEF FROM THE AUTOMATIC STAY TO SECURED CREDITOR CRE/ADC VENTURE 2013-1, LLC, AND ITS SUCCESSORS OR ASSIGNS, TO EXECUTE UPON JUDGMENT AND SCHEDULE SEHRIFF'S SALE OF REAL PROPERTY LOCATED IN DELAWARE COUNTY

This stipulation (the "Stipulation) is entered into by and among CRE/ADC Venture 2013-1, LLC, and its successors or assigns (the "Creditor"), and Evan Prochniak and Jamie Prochniak (the "Debtors" and together with the Creditor, the "Parties"). The Parties hereby stipulate and consent as follows:

### RECITALS

**WHEREAS**, on April 13, 2018 (the "Petition Date"), the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania;

**WHEREAS**, on June 21, 2018, the Creditor filed a Motion for Relief from the Automatic Stay to Execute upon Judgment and Schedule Sheriff's Sale of Real Property Located in Delaware County (D.I. 58) (the "Stay Relief Motion");

**WHEREAS**, on August 10, 2018, the Debtors filed their response to the Stay Relief Motion (D.I. 66);

**WHEREAS**, a hearing is scheduled on Creditor's Stay Relief Motion for September 26, 2018 at 11:00 a.m.; and

**WHEREAS**, the Debtors have consented to the Creditor obtaining relief from the automatic stay pursuant to 11 U.S.C. § 362, subject to approval of this Court, to allow the Creditor

11538436 v1

to execute upon a judgment and schedule and conduct a Sheriff's sale of real property located in Delaware County, Pennsylvania.

## STIPULATION

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND, UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1. The Creditor is hereby granted relief from the automatic stay imposed by section 362(a) of the Bankruptcy Code to allow Creditor to execute upon that certain judgment entered by the Prothonotary of the Court of Common Pleas of Delaware County, Pennsylvania, in case number cv-2018-001505, including to schedule a Sheriff's sale of Debtor's interest in real property located at 7 South Morton Avenue, Morton, PA 19070, provided that such Sheriff's sale shall not occur until after January 1, 2019.

2. The automatic stay shall otherwise remain in full effect.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Stipulation.

STIPULATED AND AGREED THIS 25th DAY OF SEPTEMBER, 2018

BIELLI & KLAUDER, LLC

_____
Thomas D. Bielli (Pa. I.D. No. 202100)
Cory P. Stephenson (Pa. I.D. No. 320087)
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Telephone: (215) 642-8271

*Counsel for the Debtors*

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Michael J. Barrie*
Michael J. Barrie (Pa. I.D. No. 85625)
Jennifer R. Hoover (Pa. I.D. No. 87910)
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Telephone: (267) 207-2947

*Counsel for Secured Creditor CRE/ADC Venture 2013-1, LLC, and its successors or assigns*

11538436 v1

2

Magdeline D. Coleman   9/26/18
U.S. Bankruptcy Judge