# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| EVAN PROCHNIAK AND JAIME PROCHNIAK | Case No. 18-12486 (MDC) |
| Debtors. | |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First Interim Application for Compensation and Reimbursement of Expenses of Bielli & Klauder, LLC, as Counsel to the Debtors for the Period of April 13, 2018 Through August 31, 2018* (the "Application") (D.I. No. 73) which was filed and served on September 13, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application (D.I. No. 74), all objections to the Application were to be filed and served no later than October 4, 2018.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

**BIELLI & KLAUDER, LLC**

Dated: October 18, 2018

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire
David M. Klauder, Esquire
Cory P. Stephenson, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: (215) 642-8271
Fax: (215) 754-4177
tbielli@bk-legal.com
dklauder@bk-legal.com
cstephenson@bk-legal.com

*Counsel to the Debtors*