# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Evan Prochniak and Jaime Prochniak, | : |
| | : Case No. 18-12486 (mdc) |
| *Debtors*. | : |

## **CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of October, 2018, I caused to be served the foregoing Notice of Motion of the Universal Funds, Inc. for an Order Vacating the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and a waiver of the fourteen (14) day stay of such an Order [Doc. 24] upon all parties on the Clerk's Service List via CM/ECF and on Debtor's counsel via electronic mail and via the CM/ECF system.

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: */S/Karin Corbett, Esquire*
KARIN CORBETT, ESQUIRE
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Tel: (484) 531-1702
Fax: (484) 531-1735
Email: kcorbett@offitkurman.com

*Attorney for Universal Funds, LLC*

Dated: October 18, 2018