**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re Evan and Jaime Prochniak  
Debtor

Case No. 18-12486 (MDC)

**INITIAL MONTHLY OPERATING REPORT**
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | X | |
| Certificates of Insurance: | | |
| Workers Compensation | | |
| Property | | |
| General Liability | | |
| Vehicle | | |
| Other: | | |
| Identify areas of self-insurance w/liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
| Tax Escrow Account | | |
| General Operating Account | X | |
| Money Market Account pursuant to Local Rule 4001-3 for the | | |
| District of Delaware only. Refer to: | | |
| http://www.deb.uscourts.gov/ | | |
| Other: | | |
| Retainers Paid (Form IR-2) | X | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____  
Signature of Debtor

10/29/18  
Date

_____  
Signature of Joint Debtor

10-29-18  
Date

_____  
Signature of Authorized Individual*

_____  
Date

_____  
Printed Name of Authorized Individual

_____  
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR  
(4/07)

**In re Evan and Jaime Prochniak**  
Debtor

Case No. 18-12486 (MDC)

### CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: April, 2018, through March, 2019

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Month Apr. | Month May | Month June | Month July | Month Aug. | Month Sept. | Month Oct. | Month Nov. | Month Dec. | Month Jan. | Month Feb. | Month Mar. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | 7,213.47 | 12,085.82 | 8,805.47 | 9,526.44 | 6,645.20 | 8,804.74 | 10,247.14 | 11,689.54 | 13,131.94 | 14,574.34 | 16,016.74 | 17,459.14 | 18,901.54 |
| **RECEIPTS** | | | | | | | | | | | | | |
| SALARY | 1,974.99 | 9,973.05 | 7,442.00 | 7,442.40 | 3,721.32 | 7,442.40 | 7,442.40 | 7,442.40 | 7,442.40 | 7,442.40 | 7,442.40 | 7,442.40 | 82,650.56 |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | | | | | | |
| SALE OF ASSETS | | | | | | | | | | | | | |
| OTHER INCOME | 12,200.00 | 13169.18 | 4,000.00 | 3,762.82 | 10,650.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 85,782.00 |
| TRANSFERS | 4,300.00 | 3,950.00 | | | | | | | | | | | 8,250.00 |
| TOTAL RECEIPTS | 18,474.99 | 27,092.23 | 11,442.00 | 11,205.22 | 14,371.32 | 13,442.40 | 13,442.40 | 13,442.40 | 13,442.40 | 13,442.40 | 13,442.40 | 13,442.40 | 176,682.56 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | | | | | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | | | | | |
| SALES, USE, AND OTHER TAXES | | | | | | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | | | | | | |
| INSURANCE | | | | | | | | | | | | | |
| ADMINISTRATIVE & SELLING | | | | | | | | | | | | | |
| FOOD, CLOTHING AND MISCELLANEOUS HOUSHOLD EXPANSES | 12,952.64 | 26,422.58 | 10,721.03 | 14,086.41 | 12,211.78 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 160,394.44 |
| TRANSFERS | 650.00 | 3,950.00 | | | | | | | | | | | 4,600.00 |
| PROFESSIONAL FEES | | | | | | | | | | | | | |
| U.S. TRUSTEE FEES | | | | | | | | | | | | | |
| COURT COSTS | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 13,602.64 | 30,372.58 | 10,721.03 | 14,086.41 | 12,211.78 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 164,994.44 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 12,085.82 | 8,805.47 | 9,526.44 | 6,645.25 | 8,804.74 | 2,159.54 | 2,159.54 | 2,159.54 | 2,159.54 | 2,159.54 | 2,159.54 | 2,159.54 | 11,688.12 |
| **Cash End of Month** | 12,085.82 | 8,823.46 | 4,951.34 | 2,070.15 | 4,229.40 | 10,247.14 | 11,689.54 | 13,131.94 | 14,574.34 | 16,016.74 | 17,459.14 | 18,901.54 | 30,589.66 |

FORM IR-1  
(4/07)

In re Evan and Jaime Prochniak　　　　　　　Case No. 18-12486 (MDC)
　　　　　　Debtor　　　　　　　　　　　　　Reporting Period: Initial

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Bielli & Klauder, LLC | 4/12/2018 | | Debtor | $15,000.00 | $3,724.78 | $11,275.22 |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)



E   STATEMENT OF ACCOUNT

EVAN PROCHNIAK  
JAMIE PROCHNIAK  
DIP CASE 18-12486  EDPA  
20 GUERNSEY RD  
SWARTHMORE PA 19081-

Page: 1 of 3  
Statement Period: Apr 26 2018-May 13 2018  
Cust Ref #: 4351896936-039-E-***  
Primary Account #: 435-1896936

Chapter 11 Checking  
EVAN PROCHNIAK  
JAMIE PROCHNIAK  
DIP CASE 18-12486 EDPA

Account # 435-1896936

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 1,677.88 |
| Deposits | 6,871.53 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 5,826.67 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1,044.86 | Days in Period | 18 |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/27 | DEPOSIT | 5,500.00 |
| 05/08 | DEPOSIT | 1,371.53 |
| | Subtotal: | 6,871.53 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | DEBIT CARD PURCHASE, *****30014881411, AUT 050318 VISA DDA PUR THE HOME DEPOT 4112   PHILADELPHIA  * PA | 21.00 |
| 05/03 | NONTD ATM DEBIT, *****30015485006, AUT 050318 DDA WITHDRAW 31 S CHESTER RD   SWARTHMORE  * PA | 83.50 |
| 05/03 | NONTD ATM FEE | 3.00 |
| 05/04 | DEBIT CARD PURCHASE, *****30014881411, AUT 050318 VISA DDA PUR GIANT FUEL 6442   HAVERTOWN  * PA | 66.48 |
| 05/04 | DEBIT CARD PURCHASE, *****30015485006, AUT 050318 VISA DDA PUR GIANT 6511   SPRINGFIELD  * PA | 52.42 |
| 05/04 | TD ATM DEBIT, *****30014881411, AUT 050418 DDA WITHDRAW 969 BALTIMORE PIKE   SPRINGFIELD  * PA | 500.00 |
| 05/04 | DEBIT POS, *****30014881411, AUT 050418 DDA PURCHASE BOB S SERVICE 1   SPRINGFIELD  * PA | 39.65 |
| 05/07 | ELECTRONIC PMT-WEB, M&T MORTGAGE ONLINE PMT CKF****31343POS | 3,833.82 |
| 05/07 | DEBIT CARD PURCHASE, *****30014881411, AUT 050618 VISA DDA PUR THE HOME DEPOT 4181   BROOMALL  * PA | 262.88 |
| 05/07 | DEBIT CARD PURCHASE, *****30014881411, AUT 050618 VISA DDA PUR GIANT 6511   SPRINGFIELD  * PA | 148.04 |
| 05/07 | DEBIT CARD PURCHASE, *****30015485006, AUT 050518 VISA DDA PUR SOPHISTICAKES   DREXEL HILL  * PA | 75.00 |
| 05/07 | DEBIT CARD PURCHASE, *****30015485006, AUT 050418 VISA DDA PUR IRON HILL BREWERY MEDIA   MEDIA  * PA | 70.57 |

Call 1-800-937-2000      for 24-hour    Bank-by-Phone     services   or   connect   to   www.tdbank.com

BankDepositsFDICInsured! TDBank,N.A! EqualHousingLender