UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re Evan and Jaime Prochniak

Case No. 18-12486 (MDC)
Reporting Period: May, 2018

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  10/29/18

_____
Signature of Joint Debtor

Date  10-29-18

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re: Evan and Jaime Prochniak  
Debtor

Case No. 18-12486  
Reporting Period: May, 2018

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | #6936 | #0941 | #3819 | #0917 | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 5,500.00 | 543.03 | 1,498.05 | 4,562.33 | 12,103.41 | 12,103.41 | 19,334.88 | 19,334.88 |
| **RECEIPTS** | | | | | | | | |
| SALARY | 2,531.06 | | 7,441.99 | | 9,973.05 | 9,973.05 | 11,948.04 | 11,948.04 |
| ACCOUNTS RECEIVABLE | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANS AND ADVANCES | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| SALE OF ASSETS | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER INCOME | 4,161.50 | 1,505.03 | 2,000.00 | 5,502.65 | 13,169.18 | 13,169.18 | 25,369.18 | 25,369.18 |
| TRANSFERS (FROM DIP ACCTS) | | 950.00 | | 3,000.00 | 3,950.00 | 3,950.00 | 8,250.00 | 8,250.00 |
| TRANSFERS (FROM non DIP ACCTS) | | | | | | | | |
| **TOTAL RECEIPTS** | 6,692.56 | 2,455.03 | 9,441.99 | 8,502.65 | 27,092.23 | 27,092.23 | 45,567.22 | 45,567.22 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| FOOD, CLOTHING AND MISCELLANEOUS HOUSHOLD EXPENSES | 7,962.19 | 2,565.23 | 3,053.05 | 12,842.11 | 26,422.58 | 26,422.58 | 39,375.22 | 31,413.03 |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | 3,800.00 | 150.00 | 3,950.00 | 0.00 | 650.00 | 4,600.00 |
| TRANSFERS (TO NON DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 7962.19 | 2,565.23 | 6,853.05 | 12,992.11 | 30,372.58 | 30,372.58 | 43,975.22 | 43,975.22 |
| **NET CASH FLOW** | -1,269.63 | -110.20 | 2,588.94 | -4,489.46 | -3,280.35 | -3,280.35 | 1,592.00 | 1,592.00 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | 4,230.37 | 432.83 | 4,086.99 | 72.87 | 8,823.06 | 7,365.04 | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 30,372.58 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 3,950.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 26,422.58 |

May, 2018

| Other Expenses | |
|---|---:|
| Auto Expenses | 1,946.95 |
| Bank Fees | 40.50 |
| Cash Withdrawals | 7,274.72 |
| Clothing | 631.35 |
| Computer and Internet | 41.10 |
| Donations/Gifts | 139.64 |
| Entertainment | 601.32 |
| Food | 3,476.19 |
| Health and Fitness | 688.09 |
| Household Supplies | 1,218.96 |
| Insurance | 1,980.46 |
| Medical | 209.00 |
| Miscellaneous | 232.61 |
| Mortgage, Loans Credit Card Payments | 4,585.19 |
| Office | 38.10 |
| Parking | 35.00 |
| Postage | 0.00 |
| Professional Fees | 0.00 |
| Repairs and Maintenance | 466.67 |
| Personal Items | 25.18 |
| Utilities | 1,517.68 |
| School Expenses | 1,273.87 |
| | |
| **Total Expenses** | **26,422.58** |

Evan and Jaime Prochniak                                          Case No. 18-12486
            Debtor                                          Reporting Period: May 2018

### BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | #3819 | #0917 | #0941 | #3696 | Tax # | | Other # | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | 3,059.52 | 758.15 | 808.73 | 1,044.86 | | | | |
| | | | | | | | | |
| BANK BALANCE | 3,059.52 | 758.15 | 308.73 | 1,044.86 | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | 500.00 | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | 3,059.52 | 758.15 | 808.73 | 1,044.86 | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| Transfers | 2,300.00 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Evan and Jaime Prochniak                                    Case No. 18-12486 (MDC)
                    Debtor                                  Reporting Period: May 2018

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)

Evan and Jaime Prochniak

Case No. 18-12486 (MDC)

Debtor

Reporting Period.: May 2018

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 27,092.23 | 41,266.23 |
| Less:  Returns and Allowances | | |
| Net Revenue | 27,092.23 | 41,266.23 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | 30,372.58 | 43,325.22 |
| Total Operating Expenses Before Depreciation | 30,372.58 | 43,325.22 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -3,280.35 | -2,058.00 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak

Debtor

Case No. 18-12486 (MDC)

Reporting Period: May 2018

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 4,126.40 | 2,500.00 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | 98,100.00 | 98,100.00 |
| *TOTAL CURRENT ASSETS* | 102,226.40 | 100,600.00 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 950,000.00 | 950,000.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | 950,000.00 | 950,000.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 5,324,256.85 | 5,324,256.85 |
| Priority Debt | | |
| Unsecured Debt | 174,661.24 | 174,661.24 |
| *TOTAL PRE-PETITION LIABILITIES* | 5,498,918.09 | 5,498,918.09 |
| *TOTAL LIABILITIES* | $ | $ |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak                                    Case No. 18-12486 (MDC)

            Debtor                                                  Reporting Period:May 2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: _____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: _____ | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak
        Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |


**Beneficial** BANK

**Start Earning**
Account Number:       ▉0917
Statement Date:   May 12, 2018
Page      1 of 6

● For Customer Service and disputes
  during business hours call
  **888.742.5272** or e-mail us at
  **info@thebeneficial.com**

● For 24-hour account information,
  pre-authorized transfers or
  disputes call **888.742.5272**

● For other information visit us at
  **www.thebeneficial.com**

EVAN PROCHNIAK
20 GUERNSEY RD
SWARTHMORE PA 19081

## START EARNING PKG
Account Number:      ▉0917

### Account Summary
| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 04/12/18 | 3,831.18 |
| Total Withdrawal/Charges | 16,375.68 |
| Total Deposits/Credits | 13,302.65 |
| CURRENT STATEMENT BALANCE AS OF 05/12/18 | 758.15 |
| ANNUAL PERCENTAGE YIELD EARNED      0.10% | |

### Other Transactions
| Date | Description | Debits | Credits |
|---|---|---|---|
| 04/13 | AC-COMENITYCARD PAY-CHECK PYMT CK-00000120 | 158.48 | |
| 04/13 | AC-IPFS866-412-2561-IPFSPMTMOK | 325.39 | |
| 04/13 | AC-MACYS PAYMENT    -CHECK PYMT CK-00000114 | 504.00 | |
| 04/13 | CKCD DEBIT 04/12    Access Counseling Inc 877-410-5368 CA | 14.95 | |
| 04/13 | CKCD DEBIT 04/12    Access Counseling Inc 877-410-5368 CA | 14.95 | |
| 04/16 | XFER FROM ACCT CK-XXXXXXXX4777 PROCHNIAK LAW FIRM PC | | 3,000.00 |
| 04/16 | AC-ACH           -LOAN PYMT | 65.66 | |
| 04/16 | AC-ACH           -LOAN PYMT | 123.82 | |
| 04/16 | AC-ACH           -LOAN PYMT | 124.79 | |
| 04/16 | POS DEBIT  04/14    MARTINDALE 'S NAUTRAL M SPRINGFIELD PA | 132.92 | |
| 04/16 | POS DEBIT  04/15 GIANT 6511 SPRINGFIELD PA | 135.47 | |
| 04/16 | POS DEBIT  04/14    BJS WHOLESALE #0 SPRINGFIELD PA | 165.46 | |
| 04/16 | CKCD DEBIT 04/14    ALFREDOS RESTORANTE INC MORTON PA | 20.18 | |
| 04/17 | AC-AQUA          -AQUA SERVI | 252.51 | |
| 04/17 | AC-PortnoffLawAssoc-PURCHASE | 663.09 | |


EQUAL HOUSING
LENDER   MEMBER **FDIC**



Account Number: ████ 917
Statement Date: May 12, 2018
Page    2 of 6

- For Customer Service and disputes
  during business hours call
  **888.742.5272** or e-mail us at
  **info@thebeneficial.com**

- For 24-hour account information,
  pre-authorized transfers or
  disputes call **888.742.5272**

- For other information visit us at
  **www.thebeneficial.com**

**EVAN PROCHNIAK**
**20 GUERNSEY RD**
**SWARTHMORE PA 19081**

## Other Transactions

| Date | Description | Debits | Credits |
|------|-------------|-------:|--------:|
| 04/17 | AC-SANDY HILL LLC  -INTERNET | 960.00 | |
| 04/19 | AC-WALLINGFORD SWAR-WALLINGFOR | 42.49 | |
| 04/20 | WTHDRL DDA 7888 04/20    19:17 | 502.50 | |
|       | 1134 BALTIMORE PIK SPRINGFI PA | | |
| 04/20 | AC-WALLINGFORD SWAR-WALLINGFOR | 42.49 | |
| 04/23 | XFER FROM ACCT CK-XXXXXXXX4777 | | 1,500.00 |
|       | PROCHNIAK LAW FIRM PC | | |
| 04/23 | AC-WALLINGFORD SWAR-WALLINGFOR | 42.49 | |
| 04/23 | XFER TO ACCT   CK-XXXXXXXX0941 | 150.00 | |
|       | JAIME LYNN  PROCHNIAK | | |
| 04/23 | POS DEBIT  04/21    1198 | 83.63 | |
|       | BALTIMORE PIKE SPRINGFIELD PA | | |
| 04/23 | POS DEBIT  04/21    MARTINDALE | 100.72 | |
|       | 'S NAUTRAL M SPRINGFIELD PA | | |
| 04/23 | POS DEBIT  04/21    BJS | 149.62 | |
|       | WHOLESALE #0 SPRINGFIELD PA | | |
| 04/23 | CKCD DEBIT 04/21 | 19.95 | |
|       | TU *TRANSUNION 800-493-3292 CA | | |
| 04/23 | CKCD DEBIT 04/20 | 29.68 | |
|       | 320 MARKET CAFE MEDIA MEDIA PA | | |
| 04/23 | CKCD DEBIT 04/20 | 82.54 | |
|       | Heng's Thai Springfiled PA | | |
| 04/25 | POS DEBIT  04/25    THE VITAMI | 14.99 | |
|       | N SHOPPE 68 SPRINGFIELD PA | | |
| 04/25 | POS DEBIT  04/25    NST BEST | 84.79 | |
|       | BUY 018116SPRINGFIELD PA | | |
| 04/26 | XFER TO ACCT   CK-XXXXXXXX0941 | 500.00 | |
|       | JAIME LYNN  PROCHNIAK | | |
| 04/26 | CKCD DEBIT 04/25    03911 -8TH | 24.00 | |
|       | & LUDLOW 215-569-8400 PA | | |
| 04/26 | CKCD DEBIT 04/25 | 31.98 | |
|       | WWW.SHEIN.COM CALIFORNIA CA | | |
| 04/26 | CKCD DEBIT 04/25 | 200.00 | |
|       | NEXTFAB 2159213649 PA | | |
| 04/27 | XFER FROM ACCT CK-XXXXXXXX3819 | | 3,500.00 |
| 04/27 | CKCD DEBIT 04/26    PARKING | 28.00 | |
|       | 05651-12TH&WAL 215-569-8400 PA | | |
| 04/30 | XFER FROM ACCT CK-XXXXXXXX4777 | | 1,000.00 |
|       | PROCHNIAK LAW FIRM PC | | |
| 04/30 | XFER FROM ACCT CK-XXXXXXXX4777 | | 1,000.00 |
|       | PROCHNIAK LAW FIRM PC | | |



Account Number: ▮▮▮▮0917
Statement Date: May 12, 2018
Page    3 of 6

● For Customer Service and disputes
  during business hours call
  **888.742.5272** or e-mail us at
  **info@thebeneficial.com**

● For 24-hour account information,
  pre-authorized transfers or
  disputes call **888.742.5272**

● For other information visit us at
  **www.thebeneficial.com**

**EVAN PROCHNIAK**
**20 GUERNSEY RD**
**SWARTHMORE PA 19081**

## Other Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| 04/30 | AC-WALLINGFORD SWAR-WALLINGFOR | 42.49 | |
| 04/30 | AC-COMCAST        -CABLE | 322.21 | |
| 04/30 | POS DEBIT  04/28    THE HOME DEPOT 4181 BROOMALL PA | 72.50 | |
| 04/30 | POS DEBIT  04/28 GIANT 6511 SPRINGFIELD PA | 168.31 | |
| 04/30 | POS DEBIT  04/28    BJS WHOLESALE #0 SPRINGFIELD PA | 265.40 | |
| 04/30 | POS DEBIT  04/28    NST THE HOME DEPOT 46110BROOMALL PA | 576.20 | |
| 04/30 | CKCD DEBIT 04/26    ALFREDOS RESTORANTE INC MORTON PA | 19.68 | |
| 04/30 | CKCD DEBIT 04/30    9640 AMC ONLINE 888-440-4262 KS | 29.08 | |
| 04/30 | CKCD DEBIT 04/27 Heng's Thai Springfied PA | 65.42 | |
| 04/30 | CKCD DEBIT 04/28    USC UGRD ENROLLDEPOSIT 8037777700 SC | 205.02 | |
| 05/01 | XFER FROM ACCT CK-XXXXXXXX3819 | | 300.00 |
| 05/01 | XFER FROM ACCT CK-XXXXXXXX4777 PROCHNIAK LAW FIRM PC | | 1,000.00 |
| 05/01 | AC-KMF        -KMFUSA.com | 543.09 | |
| 05/01 | CKCD DEBIT 05/01 Audible adbl.co/bill NJ | 15.85 | |
| 05/02 | XFER TO ACCT    CK-XXXXXXXX0941 JAIME LYNN  PROCHNIAK | 50.00 | |
| 05/02 | XFER TO ACCT    CK-XXXXXXXX0941 JAIME LYNN  PROCHNIAK | 100.00 | |
| 05/02 | CKCD DEBIT 05/01 MCMASTER-CARR 630-834-9600 IL | 27.56 | |
| 05/03 | AC-AQUA        -ONLINE PMT | 74.54 | |
| 05/03 | AC-AQUA        -ONLINE PMT | 89.00 | |
| 05/03 | CKCD DEBIT 05/01 USC EMALL 803-777-3079 SC | 150.00 | |
| 05/04 | XFER FROM ACCT CK-XXXXXXXX3819 | | 2,000.00 |
| 05/07 | POS DEBIT  05/05    MARTINDALE 'S NAUTRAL M SPRINGFIELD PA | 77.56 | |
| 05/07 | POS DEBIT  05/05    BJS WHOLESALE #0 SPRINGFIELD PA | 221.01 | |
| 05/07 | CKCD DEBIT 05/05    MICHAELS STORES 2034 SPRINGFIELD PA | 53.99 | |



**Beneficial** BANK

Account Number:  ███████ 0917
Statement Date:  May 12, 2018
Page    4 of 6

- For Customer Service and disputes during business hours call **888.742.5272** or e-mail us at **info@thebeneficial.com**

- For 24-hour account information, pre-authorized transfers or disputes call **888.742.5272**

- For other information visit us at **www.thebeneficial.com**

**EVAN PROCHNIAK**
**20 GUERNSEY RD**
**SWARTHMORE PA 19081**

## Other Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| 05/08 | AC-WALLINGFORD SWAR-WALLINGFOR | 42.49 | |
| 05/09 | AC-PECOENERGY      -UTIL_BIL | 37.91 | |
| 05/10 | AC-AQUA        -AQUA SERVI | 166.32 | |
| 05/10 | AC-AQUA        -AQUA SERVI | 176.70 | |
| 05/10 | LOAN PAYMENT | 540.00 | |
|  | TO   CL-XXXXXXXXXXXX1760 | | |
| 05/10 | CKCD DEBIT 05/10 | 21.95 | |
|  | ZOKY DOKY 188-823-2321 NY | | |
| 05/10 | CKCD DEBIT 05/09 | 29.86 | |
|  | MCMASTER-CARR 630-834-9600 IL | | |
| 05/11 | REFUND OF OTHER BANKS ATM FEES | | 2.50 |
| 05/12 | INTEREST PAYMENT | | .15 |

## Check Summary

Checks Enclosed: 10

| Date | Chk No. | Amount | Date | Chk No. | Amount |
|---|---|---|---|---|---|
| 04/16 | 119 * | 345.00 | 04/20 | 122 * | 300.00 |
| 04/25 | 123 | 31.00 | 04/13 | 125 * | 1,125.00 |
| 05/07 | 411 * | 100.00 | 04/20 | 413 * | 60.00 |
| 05/10 | 415 * | 384.00 | 05/11 | 416 | 5.00 |
| 04/26 | 639 * | 50.00 | 04/30 | 668 * | 4,000.00 |

* Denotes Gap in Check Number Sequence

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 04/12 | 3,831.18 | 04/13 | 1,688.41 | 04/16 | 3,575.11 | 04/17 | 1,699.51 |
| 04/19 | 1,657.02 | 04/20 | 752.03 | 04/23 | 1,593.40 | 04/25 | 1,462.62 |
| 04/26 | 656.64 | 04/27 | 4,128.64 | 04/30 | 362.33 | 05/01 | 1,103.39 |
| 05/02 | 925.83 | 05/03 | 612.29 | 05/04 | 2,612.29 | 05/07 | 2,159.73 |
| 05/08 | 2,117.24 | 05/09 | 2,079.33 | 05/10 | 760.50 | 05/11 | 758.00 |
| 05/12 | 758.15 | | | | | | |

*** INTEREST EARNED THIS STATEMENT PERIOD ***
INTEREST EARNED ........................    .15
ANNUAL PERCENTAGE YIELD EARNED .........   0.10%
DAYS IN PERIOD .........................     30

# ⅢB Beneficial BANK

Account Number:    ████0917
Statement Date:   May 12, 2018
Page    5 of 6

- For Customer Service and disputes during business hours call **888.742.5272** or e-mail us at **info@thebeneficial.com**

- For 24-hour account information, pre-authorized transfers or disputes call **888.742.5272**

- For other information visit us at **www.thebeneficial.com**

**EVAN PROCHNIAK**
**20 GUERNSEY RD**
**SWARTHMORE PA 19081**

|  | Total This Period | Total For Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 175.00 |
| TOTAL RETURNED ITEM FEES | .00 | 105.00 |

Beneficial's Privacy Policy is always available at https://www.thebeneficial.com/security.

Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 888.742.5272 or Write us at Beneficial Bank, Attn: EFT Administration, 1818 Beneficial Bank Place, 1818 Market Street, Philadelphia, PA 19103-3628 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# IB Beneficial BANK

Account: ████0917
Page: 6



EVAN PROCHNIAK  06-15
20 GUERNSEY RD
SWARTHMORE, PA 19081                        119
4/16/18
PAY to the order of  Hemming Landscape   $ 345.00
Three Hundred Forty Five  Dollars
IB Beneficial
:236075689: ████60917█ 00119
04/16/2018    119    $345.00

EVAN PROCHNIAK
20 GUERNSEY RD
SWARTHMORE, PA 19081                        413
4/15/18
PAY to the order of  George Danato   $ 60.00
Sixty  Dollars
IB Beneficial
:236075689: ████0917█ 00413
04/20/2018    413    $60.00

EVAN PROCHNIAK  06-15
20 GUERNSEY RD
SWARTHMORE, PA 19081                        122
4/6/18
PAY to the order of  Palmerton Community Amb Corp   $ 300.00
Three Hundred  Dollars
IB Beneficial
:236075689: ████60917█ 00122
04/20/2018    122    $300.00

EVAN PROCHNIAK
20 GUERNSEY RD
SWARTHMORE, PA 19081                        415
5/2/18
PAY to the order of  Old Union Nursery School   $ 384.00
Three Hundred eighty four  Dollars
IB Beneficial
:236075689: ████0917█ 00415
05/10/2018    415    $384.00

EVAN PROCHNIAK  06-15
20 GUERNSEY RD
SWARTHMORE, PA 19081                        123
4/9/18
PAY to the order of  John Galen   $ 31.00
Thirty One  Dollars
IB Beneficial
:236075689: ████0917█ 00123
04/25/2018    123    $31.00

EVAN PROCHNIAK
20 GUERNSEY RD
SWARTHMORE, PA 19081                        416
5/7/18
PAY to the order of  Borough of Swarthmore   $ 5.00
Five  Dollars
IB Beneficial
:236075689: ████0917█ 00416
05/11/2018    416    $5.00

EVAN PROCHNIAK  06-15
20 GUERNSEY RD
SWARTHMORE, PA 19081                        125
4/11/18
PAY to the order of  George Panello   $ 1125.00
One Thousand One Hundred Twenty five  Dollars
IB Beneficial
:236075689: ████60917█ 00125
04/13/2018    125    $1,125.00

EVAN PROCHNIAK
20 GUERNSEY RD
SWARTHMORE, PA 19081                        639
3/9/18
PAY to the order of  SHHS after Prom   $ 50.00
Fifty  Dollars
IB Beneficial
:236075689: ████0917█ 00639
04/26/2018    639    $50.00

EVAN PROCHNIAK
20 GUERNSEY RD
SWARTHMORE, PA 19081                        411
4/14/18
PAY to the order of  Mission Church   $ 100.00
One Hundred  Dollars
IB Beneficial
For  Costa Rica mission trip
:236075689: ████60917█ 00411
05/07/2018    411    $100.00

EVAN PROCHNIAK
20 GUERNSEY RD
SWARTHMORE, PA 19081                        668
7/27/18
PAY to the order of  EVAN PROCHNIAK   $ 4000.00
Four thousand AND 00/100  Dollars
IB Beneficial
:236075689: ████0917█ 00668
04/30/2018    668    $4,000.00


# Beneficial BANK

## Start Earning

Account Number: ████ 0941
Statement Date: May 12, 2018
Page    1 of 5

- For Customer Service and disputes during business hours call **888.742.5272** or e-mail us at **info@thebeneficial.com**

- For 24-hour account information, pre-authorized transfers or disputes call **888.742.5272**

- For other information visit us at **www.thebeneficial.com**

**JAIME LYNN PROCHNIAK OR**
**EVAN D PROCHNIAK**
**20 GUERNSEY RD**
**SWARTHMORE PA 19081**

## START EARNING PKG
Account Number: ████ 0941

### Account Summary

| | |
|---|---:|
| PREVIOUS STATEMENT BALANCE AS OF 04/12/18 | 18,156.74 |
| Total Withdrawal/Charges | 19,152.84 |
| Total Deposits/Credits | 1,305.03 |
| CURRENT STATEMENT BALANCE AS OF 05/12/18 | 308.93 |
| ANNUAL PERCENTAGE YIELD EARNED     0.10% | |

### Other Transactions

| Date | Description | Debits | Credits |
|---|---|---:|---|
| 04/13 | POS DEBIT   04/13    1198 BALTIMORE PIKE SPRINGFIELD PA | 49.43 | |
| 04/13 | CKCD DEBIT 04/12 TRENDY NAIL SPA LLC MEDIA PA | 25.00 | |
| 04/16 | AC-BILLMATRIX     -BILLPAYFEE | 2.35 | |
| 04/16 | AC-PECO  IMMEDIATE -BILL PAY | 62.60 | |
| 04/16 | POS DEBIT   04/16 GIANT 6511 SPRINGFIELD PA | 124.35 | |
| 04/16 | CKCD DEBIT 04/15 TARGET 00023127 SPRINGFIELD PA | 27.95 | |
| 04/16 | CKCD DEBIT 04/14 TRENDY NAIL SPA LLC MEDIA PA | 50.00 | |
| 04/16 | CKCD DEBIT 04/15 CARRABBAS 8904 SPRINGFIELD PA | 59.15 | |
| 04/16 | CKCD DEBIT 04/13    ALFREDOS RESTORANTE INC MORTON PA | 65.26 | |
| 04/16 | CKCD DEBIT 04/13 Heng's Thai Springfiled PA | 97.59 | |
| 04/16 | CKCD DEBIT 04/16    CHEESECAKE PHILADELPHIA PHILADELPHIA PA | 155.22 | |
| 04/18 | WTHDRL DDA 3241 04/18    12:20 1735 CHESTNUT STREET PHILAD PA | 203.00 | |
| 04/18 | CKCD DEBIT 04/17 WIMPY'S ORIGINAL MEDIA PA | 55.16 | |


EQUAL HOUSING LENDER    MEMBER **FDIC**



Account Number: ████ 0941
Statement Date: May 12, 2018
Page    2 of 5

- For Customer Service and disputes during business hours call **888.742.5272** or e-mail us at **info@thebeneficial.com**

- For 24-hour account information, pre-authorized transfers or disputes call **888.742.5272**

- For other information visit us at **www.thebeneficial.com**

JAIME LYNN PROCHNIAK OR
EVAN D PROCHNIAK
20 GUERNSEY RD
SWARTHMORE PA 19081

## Other Transactions

| Date | Description | Debits | Credits |
|------|-------------|-------:|--------:|
| 04/19 | POS DEBIT  04/19<br>435 E BALTIMORE AVE MEDIA PA | 38.99 | |
| 04/19 | POS DEBIT  04/19<br>GIANT 6511 SPRINGFIELD PA | 54.18 | |
| 04/19 | CKCD DEBIT 04/18    01205<br>-LIBERTY PLACE 215-569-8400 PA | 27.00 | |
| 04/20 | POS DEBIT  04/20    KIDS FOOT<br>LOCKER 48513 SPRINGFIELD PA | 49.99 | |
| 04/23 | XFER FROM ACCT CK-<br>XXXXXXXX0917EVAN D  PROCHNIAK | | 150.00 |
| 04/23 | POS DEBIT  04/23<br>USPS PO 41828400 SWARTHMORE PA | 10.00 | |
| 04/23 | POS DEBIT  04/23    CONSUMER<br>COOPERATIVE ASSSWARTHMORE PA | 41.09 | |
| 04/23 | POS DEBIT  04/23    1198<br>BALTIMORE PIKE SPRINGFIELD PA | 41.15 | |
| 04/23 | POS DEBIT  04/22    1198<br>BALTIMORE PIKE SPRINGFIELD PA | 44.34 | |
| 04/23 | POS DEBIT  04/22<br>GIANT 6464 SPRINGFIELD PA | 290.84 | |
| 04/26 | XFER FROM ACCT CK-<br>XXXXXXXX0917EVAN D  PROCHNIAK | | 500.00 |
| 04/26 | POS DEBIT  04/26    NNT<br>PROVIDENCE PED.07271MEDIA PA | 10.00 | |
| 04/26 | POS DEBIT  04/26    1198<br>BALTIMORE PIKE SPRINGFIELD PA | 47.81 | |
| 04/26 | POS DEBIT  04/26<br>GIANT 6511 SPRINGFIELD PA | 73.98 | |
| 04/27 | POS DEBIT  04/27<br>CVS/PHARMACY #00 SWARTHMORE PA | 29.55 | |
| 04/27 | CKCD DEBIT 04/26<br>QDOBA 2370 SPRINGFIELD PA | 16.85 | |
| 04/30 | XFER FROM ACCT CK-XXXXXXXX4777<br>PROCHNIAK LAW FIRM PC | | 200.00 |
| 04/30 | WTHDRL DDA 6073 04/29    10:57<br>1250 BALTIMORE PK. SPRINGFI PA | 203.50 | |
| 04/30 | POS DEBIT  04/28<br>GIANT 6511 SPRINGFIELD PA | 10.99 | |
| 04/30 | POS DEBIT  04/29<br>GIANT 6464 SPRINGFIELD PA | 19.07 | |
| 04/30 | POS DEBIT  04/30 | 19.64 | |



Account Number:  ██████0941
Statement Date:  May 12, 2018
Page    4 of 5

- For Customer Service and disputes during business hours call **888.742.5272** or e-mail us at **info@thebeneficial.com**

- For 24-hour account information, pre-authorized transfers or disputes call **888.742.5272**

- For other information visit us at **www.thebeneficial.com**

JAIME LYNN PROCHNIAK OR
EVAN D PROCHNIAK
20 GUERNSEY RD
SWARTHMORE PA 19081

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 04/12 | 18,156.74 | 04/13 | 1,365.31 | 04/16 | 720.84 | 04/18 | 462.68 |
| 04/19 | 342.51 | 04/20 | 292.52 | 04/23 | 15.10 | 04/26 | 383.31 |
| 04/27 | 336.91 | 04/30 | 143.43 | 05/01 | 34.75 | 05/02 | 93.17 |
| 05/08 | 393.17 | 05/11 | 308.90 | 05/12 | 308.93 | | |

```
*** INTEREST EARNED THIS STATEMENT PERIOD ***
INTEREST EARNED ......................     .03
ANNUAL PERCENTAGE YIELD EARNED .........  0.10%
DAYS IN PERIOD .......................     30
```

| | Total<br>This Period | Total For<br>Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 35.00 |
| TOTAL RETURNED ITEM FEES | .00 | .00 |

Beneficial's Privacy Policy is always available at https://www.thebeneficial.com/security.

Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 888.742.5272 or Write us at Beneficial Bank, Attn: EFT Administration, 1818 Beneficial Bank Place, 1818 Market Street, Philadelphia, PA 19103-3628 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



Account: ███████0941
Page: 5

JAIME LYNN PROCHNIAK
EVAN D. PROCHNIAK
20 GUERNSEY RD.
SWARTHMORE, PA 19081                                    149

                                            4/12/18
                                                    Date

Pay to the
Order of   Biddle & Klauder, LLC              $ 16,717.00

Sixteen Thousand seven hundred seventeen and 00/100   Dollars

**IB** Beneficial

For _____

⑆236075689⑆  ███████0941⑈  00149

                    04/13/2018   149   $16,717.00



## Free Checking

Account Number: ▮3819
Statement Date: May 31, 2018
Page    1 of 2

- For Customer Service and disputes during business hours call **888.742.5272** or e-mail us at **info@thebeneficial.com**

- For 24-hour account information, pre-authorized transfers or disputes call **888.742.5272**

- For other information visit us at **www.thebeneficial.com**

EVAN D PROCHNIAK
20 GUERNSEY RD
SWARTHMORE PA 19081

## FREE CHECKING
Account Number: ▮3819

## Account Summary

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 04/30/18 | 771.18 |
| Total Withdrawal/Charges | 7,153.65 |
| Total Deposits/Credits | 9,441.99 |
| CURRENT STATEMENT BALANCE AS OF 05/31/18 | 3,059.52 |

## Other Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| 05/01 | XFER TO ACCT    CK-XXXXXXXX0917 | 300.00 | |
| 05/02 | XFER FROM ACCT CK-XXXXXXXX4777 | | 500.00 |
| | PROCHNIAK LAW FIRM PC | | |
| 05/02 | AC-SAFECO INSURANCE-INS PREM | 935.95 | |
| 05/04 | AC-ZITNER CANDY COR-DIRECT DEP | | 3,720.99 |
| 05/04 | XFER TO ACCT    CK-XXXXXXXX0917 | 2,000.00 | |
| 05/08 | XFER TO ACCT    CK-XXXXXXXX0941 | 300.00 | |
| | JAIME LYNN    PROCHNIAK | | |
| 05/09 | AC-PECOENERGY      -UTIL_BIL | 454.45 | |
| 05/11 | AC-KMF          -KMFUSA.com | 350.84 | |
| 05/14 | XFER TO ACCT    CK-XXXXXXXX0917 | 500.00 | |
| 05/17 | XFER FROM ACCT CK-XXXXXXXX4777 | | 1,500.00 |
| | PROCHNIAK LAW FIRM PC | | |
| 05/18 | AC-ZITNER CANDY COR-DIRECT DEP | | 3,721.00 |
| 05/21 | AC-SPRINGHAVEN CLUB-Collection | 196.25 | |
| 05/21 | AC-BARCLAYCARD US  -CREDITCARD | 211.57 | |
| 05/25 | AC-NORTHWESTERN MU -ISA PAYMNT | 404.59 | |
| 05/25 | XFER TO ACCT    CK-XXXXXXXX0941 | 500.00 | |
| | JAIME LYNN    PROCHNIAK | | |
| 05/29 | XFER TO ACCT    CK-XXXXXXXX0917 | 1,000.00 | |

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 04/30 | 771.18 | 05/01 | 471.18 | 05/02 | 35.23 | 05/04 | 1,756.22 |

 MEMBER
FDIC



**Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

EVAN  PROCHNIAK
JAMIE  PROCHNIAK
DIP CASE 18-12486   EDPA
20  GUERNSEY   RD
SWARTHMORE   PA   19081-

| | |
|---|---|
| Page: | 1  of 3 |
| Statement  Period: | Apr 26 2018-May  13  2018 |
| Cust  Ref #: | |
| Primary   Account  #: | 936 |

Chapter    11  Checking
EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Account     6936

## ACCOUNT   SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning   Balance | 0.00 | Average   Collected   Balance | | 1,677.88 |
| Deposits | 6,871.53 | Interest   Earned   This  Period | | 0.00 |
| | | Interest   Paid  Year-to-Date | | 0.00 |
| Electronic   Payments | 5,826.67 | Annual   Percentage   Yield  Earned | | 0.00% |
| Ending   Balance | 1,044.86 | Days   in Period | | 18 |

## DAILY ACCOUNT   ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/27 | DEPOSIT | 5,500.00 |
| 05/08 | DEPOSIT | 1,371.53 |
| | Subtotal: | 6,871.53 |

### Electronic   Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | DEBIT  CARD  PURCHASE,     *****30014881411,     AUT  050318    VISA  DDA  PUR<br>THE HOME DEPOT   4112       PHILADELPHIA    * PA | 21.00 |
| 05/03 | NONTD  ATM  DEBIT,  *****30015485006,     AUT  050318    DDA  WITHDRAW<br>31 S CHESTER   RD       SWARTHMORE     * PA | 83.50 |
| 05/03 | NONTD  ATM  FEE | 3.00 |
| 05/04 | DEBIT  CARD  PURCHASE,     *****30014881411,     AUT  050318    VISA  DDA  PUR<br>GIANT FUEL  6442      HAVERTOWN    * PA | 66.48 |
| 05/04 | DEBIT  CARD  PURCHASE,     *****30015485006,     AUT  050318    VISA  DDA  PUR<br>GIANT  6511        SPRINGFIELD    * PA | 52.42 |
| 05/04 | TD ATM  DEBIT,  *****30014881411,     AUT  050418    DDA  WITHDRAW<br>969 BALTIMORE  PIKE      SPRINGFIELD    * PA | 500.00 |
| 05/04 | DEBIT  POS,  *****30014881411,     AUT  050418    DDA  PURCHASE<br>BOB S SERVICE  I       SPRINGFIELD     * PA | 39.65 |
| 05/07 | ELECTRONIC    PMT-WEB,   M&T MORTGAGE   ONLINE   PMT  CKF****31343POS | 3,833.82 |
| 05/07 | DEBIT  CARD  PURCHASE,     *****30014881411,    AUT  050618    VISA  DDA  PUR<br>THE HOME DEPOT  4181       BROOMALL    * PA | 262.88 |
| 05/07 | DEBIT  CARD  PURCHASE,     *****30014881411,    AUT  050618    VISA  DDA  PUR<br>GIANT  6511        SPRINGFIELD    * PA | 148.04 |
| 05/07 | DEBIT  CARD  PURCHASE,     *****30015485006,    AUT  050518    VISA  DDA  PUR<br>SOPHISTICAKES        DREXEL  HILL   * PA | 75.00 |
| 05/07 | DEBIT  CARD  PURCHASE,     *****30015485006,    AUT  050418    VISA  DDA  PUR<br>IRON  HILL BREWERY  MEDIA   MEDIA     * PA | 70.57 |

BankDepositsFDICInsured! TDBank.N.A! EqualHousingLender

How       to    Balance      your      Account

Page:        2 of 3

Begin by adjusting your account register as follows:

fi Subtract any services charges shown on this statement.

fi Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

fi Add any interest earned if you have an interest-bearing account.

fi Add any automatic deposit or overdraft line of credit.

fi Review all withdrawals shown on this statement and check them off in your account register.

fi Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance        1,044.86

❷ Total Deposits     +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  | ❹ |

FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

If you need information about an electronic fund transfer if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement on which the error or problem first appeared. When contacting the Bank please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

fi Your name and account number.
fi A description of the error or transaction you are unsure about.
fi The dollar amount and date of the suspected error.

When making verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST Bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

fi Your name and account number.
fi The dollar amount of the suspected error.
fi Describe the error and explain if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGE: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft protection account the term "ODP" or "ODP refers to Overdraft protection, the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account summary section on the front of the statement) The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balances are the balance for the day after advances have been added and payment or credits have been subtracted plus or minus any other adjustments that might have occurred on that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486  EDPA

| | |
|---|---|
| Page: | 3 of 3 |
| Statement   Period: | Apr 26 2018-May 13 2018 |
| Cust Ref #: | |
| Primary Account #: | ███████████6936 |

---

DAILY ACCOUNT ACTIVITY

Electronic   Payments   (continued)

| POSTING DATE | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 05/07 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050518   VISA DDA PUR<br>BABIES R US 6449         SPRINGFIELD      * PA | | | | | 49.64 |
| 05/07 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050518   VISA DDA PUR<br>HENG S THAI         SPRINGFILED      * PA | | | | | 39.22 |
| 05/07 | DEBIT CARD PURCHASE,   *****30014881411,   AUT 050318   VISA DDA PUR<br>STINGERS         RIDLEY PARK  * PA | | | | | 33.98 |
| 05/07 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050418   VISA DDA PUR<br>MSP ROTHMAN RECON ORTHO    PHILADELPHIA   * PA | | | | | 20.00 |
| 05/07 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050518   VISA DDA PUR<br>WENDY S 3086         BROOMALL      * PA | | | | | 16.49 |
| 05/07 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050418   VISA DDA PUR<br>WENDY S 3124         MEDIA      * PA | | | | | 6.96 |
| 05/08 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050718   VISA DDA PUR<br>CONSUMER COOPERATIV         SWARTHMORE      * PA | | | | | 64.85 |
| 05/08 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050818   VISA DDA PUR<br>WAWA 8082         MEDIA      * PA | | | | | 47.50 |
| 05/08 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050818   VISA DDA PUR<br>07809 ACME         MEDIA      * PA | | | | | 15.08 |
| 05/09 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050918   VISA DDA PUR<br>GIANT 6511         SPRINGFIELD   * PA | | | | | 74.69 |
| 05/09 | DEBIT CARD PURCHASE,   *****30014881411,   AUT 050718   VISA DDA PUR<br>THE HOME DEPOT 4112      PHILADELPHIA    * PA | | | | | 37.65 |
| 05/10 | DEBIT POS,  *****30015485006,      AUT 051018    DDA PURCH   W/CB<br>GIANT 6511         SPRINGFIELD      * PA | | | | | 169.47 |
| 05/10 | DEBIT CARD PURCHASE,   *****30015485006,   AUT 050918   VISA DDA PUR<br>MATTHEWS CLEANERS         MORTON      * PA | | | | | 31.50 |
| 05/11 | ACH DEBIT,  HARLAND  CLARKE  CHK ORDERS      *ESO***103741L7 | | | | | 26.15 |
| 05/11 | DEBIT POS,  *****30015485006,      AUT 051118    DDA PURCHASE<br>MICHAELS STORES INC203    SPRINGFIELD      * PA | | | | | 25.18 |
| 05/11 | ACH DEBIT,  HARLAND  CLARKE  CHK ORDERS      *ESO***503741L7 | | | | | 11.95 |
| | | | | | Subtotal: | 5,826.67 |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/26 | 0.00 | 05/08 | 1,421.45 |
| 04/27 | 5,500.00 | 05/09 | 1,309.11 |
| 05/03 | 5,392.50 | 05/10 | 1,108.14 |
| 05/04 | 4,733.95 | 05/11 | 1,044.86 |
| 05/07 | 177.35 | | |

---