UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re Evan and Jaime Prochniak

Case No. 18-12486 (MDC)
Reporting Period: July, 2018

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U S C  Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

10/29/18
Date

_____
Signature of Joint Debtor

10-29-18
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company

In re: Evan and Jaime Prochniak                                                      Case No. 18-12486
      Debtor                                                       Reporting Period: July 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | #6936 | #0941 | #3819 | #0917 | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 4,230.37 | | | | 4,230.37 | 4,230.37 | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| SALARY | 7,442.40 | | | | 7,442.40 | 7,442.40 | 26,832.44 | 26,832.44 |
| ACCOUNTS RECEIVABLE | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANS AND ADVANCES | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| SALE OF ASSETS | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER INCOME | 3,762.82 | | | | 3,762.82 | 3,762.82 | 34,135.22 | 34,135.22 |
| TRANSFERS (FROM DIP ACCTS) | | | | | 0.00 | 0.00 | 8,750.00 | 8,750.00 |
| TRANSFERS (FROM non DIP ACCTS) | | | | | | | | |
|    TOTAL RECEIPTS | 11,205.22 | | | | 11,205.22 | 11,205.22 | 69,717.66 | 69,717.66 |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) FOOD, CLOTHING AND MISCELLANEOUS HOUSHOLD EXPENSES | 14,086.41 | | | | 14,086.41 | 14,086.41 | 65,412.21 | 64,182.66 |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | 5,100.00 | 5,100.00 |
| TRANSFERS (TO NON DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 14,086.41 | 0.00 | 0.00 | 0.00 | 14,086.41 | 14,086.41 | 70,512.21 | 68,782.66 |
| | | | | | | | | |
| NET CASH FLOW | -2,881.19 | 0.00 | 0.00 | 0.00 | -2,881.19 | -2,881.19 | 2,485.81 | 1,991.16 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 4,951.34 | 436.26 | 3,586.39 | 343.12 | 9,317.11 | 7,365.04 | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BA

### THE FOLLOWING SECTION MUST BE COMPLETED

| **DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)** | |
|---|---|
| **TOTAL DISBURSEMENTS** | 14,086.41 |
|   LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0.00 |
|   PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 14,086.41 |

FORM MOR-1
(04/07)

| Other Expenses | July, 2018 |
|---|---|
| Auto Expenses | 731.40 |
| Bank Fees | |
| Cash Withdrawals | 1203.25 |
| Clothing | 68.51 |
| Entertainment | 72.47 |
| Food | 2912.00 |
| Health and Fitness | 673.85 |
| Household Supplies | 465.23 |
| Insurance | 1168.30 |
| Medical | 75.00 |
| Miscellaneous | 746.24 |
| Mortgage | 3900.00 |
| Postage | 111.65 |
| Professional Fees | 113.42 |
| Repairs and Maintenance | 229.65 |
| Personal Items | 484.78 |
| Utilities | 934.35 |
| School Expenses | 196.31 |
| Total Expenses | 14,086.41 |

In re Evan and Jaime Prochniak    Case No. 18-12486
　　　　　　Debtor    Reporting Period: July 2018

### BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

|  | #3819 | #0917 | #0941 | #3696 | Tax # | | Other # | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | 1,992.49 | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | 1,992.49 | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | 1,992.49 | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| 　balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| Transfers | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re Evan and Jaime Prochniak                                    Case No. 18-12486 (MDC)
                    Debtor                                        Reporting Period: July 2018

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|-------|----------------|-----------------|-------|--------------|------|------------------|----------|-------------------|----------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

FORM MOR-1b
(04/07)

In re Evan and Jaime Prochniak
Debtor

Case No. 18-12486 (MDC)
Reporting Period: July 2018

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 11,205.22 | $ |
| Less:  Returns and Allowances | | |
| Net Revenue | 11,205.22 | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | 14,086.41 | |
| Total Operating Expenses Before Depreciation | 14,086.41 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -2,881.19 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak                                          Case No. 18-12486 (MDC)

            Debtor                                          Reporting Period: July 2018

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 0.00 | 2,500.00 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | 98,100.00 | 98,100.00 |
| *TOTAL CURRENT ASSETS* | 98,100.00 | 100,600.00 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 950,000.00 | 950,000.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | 950,000.00 | 950,000.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 5,324,256.85 | 5,324,256.85 |
| Priority Debt | | |
| Unsecured Debt | 174,661.24 | 174,661.24 |
| *TOTAL PRE-PETITION LIABILITIES* | 5,498,918.09 | 5,498,918.09 |
| *TOTAL LIABILITIES* | $ | $ |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak                                    Case No. 18-12486 (MDC)
           Debtor                                    Reporting Period: July, 2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak
       Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

692-MTD01040071418221964

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA
20 GUERNSEY RD
SWARTHMORE PA 19081-

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Jun 14 2018-Jul 13 2018 |
| Cust Ref #: | |
| Primary Account #: | 6936 |

## Chapter 11 Checking

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Account # 6936

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 746.83 | Average Collected Balance | 2,416.94 |
| Deposits | 5,116.32 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 11,925.38 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 227.90 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 801.08 | | |
| Electronic Payments | 11,247.46 | | |
| Other Withdrawals | 435.00 | | |
| Ending Balance | 5,532.89 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15 | DEPOSIT | 2,500.00 |
| 06/15 | DEPOSIT | 400.00 |
| 06/29 | DEPOSIT | 1,500.00 |
| 07/11 | DEPOSIT | 650.00 |
| 07/11 | MOBILE DEPOSIT | 66.32 |
| | Subtotal: | 5,116.32 |

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15 | ACH DEPOSIT, ZITNER CANDY COR DIRECT DEP ****4448882256V | 3,720.99 |
| 06/18 | DEBIT CARD CREDIT, *****30015485006, AUT 061718 VISA DDA REF AMAZON MKTPLACE PMTS WWW   WWW AMAZON CO * WA | 8.43 |
| 06/25 | DEBIT CARD CREDIT, *****30015485006, AUT 062518 VISA DDA REF ATHLETA US 4874     KING OF PRUSS * PA | 124.41 |
| 06/25 | DEBIT CARD CREDIT, *****30015485006, AUT 062418 VISA DDA REF EVERYTHING BUT WTR 120    KING OF PRUSS * PA | 61.48 |
| 06/25 | DEBIT CARD CREDIT, *****30015485006, AUT 062518 VISA DDA REF TOMMY BAHAMA 619    KING OF PRUSS * PA | 56.56 |



# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 6,532.89 |
| --- | --- |
| ❷ Total Deposits + | |
| ❸ Sub Total | |
| ❹ Total Withdrawals - | |
| ❺ Adjusted Balance | |

| ❻ | | | ❼ | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total Deposits** | | ❷ | | | | **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

| | | |
|---|---|---|
| Page: | | 3 of 9 |
| Statement Period: | Jun 14 2018-Jul 13 2018 | |
| Cust Ref #: | | |
| Primary Account #: | 4      6936 | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | ACH DEPOSIT, ZITNER CANDY COR DIRECT DEP ****6988534856V | 3,721.01 |
| 07/11 | ATM CHECK DEPOSIT, *****30015485006<br>AUT 071118 ATM CHECK DEPOSI<br>969 BALTIMORE PIKE      SPRINGFIELD  * PA | 511.50 |
| 07/13 | ACH DEPOSIT, ZITNER CANDY COR DIRECT DEP ****5215792156V | 3,721.00 |
| | Subtotal: | 11,925.38 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | RETURNED ITEM | 227.90 |
| | Subtotal: | 227.90 |

### Checks Paid
No. Checks: 8    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/28 | 101 | 227.90 | 07/02 | 105 | 20.00 |
| 06/29 | 102 | 8.18 | 07/11 | 176* | 100.00 |
| 06/28 | 103 | 20.00 | 06/25 | 180* | 150.00 |
| 07/06 | 104 | 40.00 | 06/19 | 182* | 235.00 |
| | | | | Subtotal: | 801.08 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | DEBIT POS, *****30015485006, AUT 061418 DDA PURCHASE<br>GIANT 6511      SPRINGFIELD  * PA | 71.03 |
| 06/14 | DEBIT CARD PURCHASE, *****30015485006, AUT 061318 VISA DDA PUR<br>MATTHEWS CLEANERS      MORTON     * PA | 41.70 |
| 06/15 | DEBIT POS, *****30015485006, AUT 061518 DDA PURCHASE<br>MARTINDALE S NA      SPRINGFIELD  * PA | 41.93 |
| 06/15 | DEBIT POS, *****30015485006, AUT 061518 DDA PURCHASE<br>GIANT 6511      SPRINGFIELD  * PA | 13.79 |
| 06/15 | DEBIT CARD PURCHASE, *****30015485006, AUT 061418 VISA DDA PUR<br>AUDIBLE US      888 283 5051 * NJ | 6.04 |
| 06/18 | ELECTRONIC PMT-WEB, M&T MORTGAGE ONLINE PMT CKF****31343POS | 3,900.00 |
| 06/18 | DEBIT CARD PURCHASE, *****30015485006, AUT 061618 VISA DDA PUR<br>ATHLETA US 4874      KING OF PRUSS * PA | 204.39 |
| 06/18 | DEBIT POS, *****30015485006, AUT 061718 DDA PURCHASE<br>BJS WHOLESALE  0 1260 E   SPRINGFIELD  * PA | 146.54 |
| 06/18 | DEBIT POS, *****30015485006, AUT 061718 DDA PURCHASE<br>GIANT 6511      SPRINGFIELD  * PA | 141.09 |
| 06/18 | DEBIT POS, *****30015485006, AUT 061618 DDA PURCHASE<br>BROOKS BROTHERS 06026      KING OF PRUSS * PA | 119.68 |
| 06/18 | DEBIT CARD PURCHASE, *****30015485006, AUT 061518 VISA DDA PUR<br>HENG S THAI      SPRINGFILED  * PA | 111.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender




**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

| | |
|---|---|
| Page: | 4 of 9 |
| Statement Period: | Jun 14 2018-Jul 13 2018 |
| Cust Ref #: | |
| Primary Account #: | 6936 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/18 | DEBIT POS, *****30015485006, AUT 061618 DDA PURCHASE<br>EVERYTHING BUT WTR 120    KING OF PRUSS * PA | 66.78 |
| 06/18 | DEBIT POS, *****30015485006, AUT 061618 DDA PURCHASE<br>EVERYTHING BUT WTR 120    KING OF PRUSS * PA | 61.48 |
| 06/18 | DEBIT POS, *****30015485006, AUT 061618 DDA PURCHASE<br>TARGET T 1200 BALTIMO    SPRINGFIELD  * PA | 41.17 |
| 06/18 | DEBIT CARD PURCHASE, *****30015485006, AUT 061418 VISA DDA PUR<br>THE 320 MARKET CAFE    SWARTHMORE  * PA | 39.21 |
| 06/18 | DEBIT CARD PURCHASE, *****30014881411, AUT 061518 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 15.89 |
| 06/18 | DEBIT CARD PURCHASE, *****30014881411, AUT 061618 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 9.99 |
| 06/19 | DEBIT CARD PAYMENT, *****30014881411, AUT 061818 VISA DDA PUR<br>NETFLIX COM        NETFLIX COM  * CA | 14.83 |
| 06/20 | DEBIT CARD PURCHASE, *****30015485006, AUT 061618 VISA DDA PUR<br>EVERYTHING BUT WTR 015    407 351 4069 * FL | 125.08 |
| 06/20 | DEBIT POS, *****30015485006, AUT 062018 DDA PURCHASE<br>BOB S SERVICE I      SPRINGFIELD  * PA | 51.23 |
| 06/21 | TD ATM DEBIT, *****30015485006, AUT 062118 DDA WITHDRAW<br>969 BALTIMORE PIKE      SPRINGFIELD  * PA | 100.00 |
| 06/21 | DEBIT POS, *****30015485006, AUT 062118 DDA PURCHASE<br>GIANT 6511        SPRINGFIELD  * PA | 73.12 |
| 06/21 | DEBIT CARD PURCHASE, *****30015485006, AUT 061818 VISA DDA PUR<br>TOMMY BAHAMA ECOMM    866 986 8282 * WA | 59.36 |
| 06/21 | TD ATM DEBIT, *****30015485006, AUT 062118 DDA WITHDRAW<br>969 BALTIMORE PIKE      SPRINGFIELD  * PA | 40.00 |
| 06/25 | DEBIT POS, *****30014881411, AUT 062418 DDA PURCHASE<br>GIANT 6511        SPRINGFIELD  * PA | 281.73 |
| 06/25 | DEBIT POS, *****30014881411, AUT 062318 DDA PURCHASE<br>BJS WHOLESALE 0 1260 E   SPRINGFIELD  * PA | 242.89 |
| 06/25 | TD ATM DEBIT, *****30015485006, AUT 062318 DDA WITHDRAW<br>969 BALTIMORE PIKE      SPRINGFIELD  * PA | 200.00 |
| 06/25 | DEBIT POS, *****30015485006, AUT 062518 DDA PURCHASE<br>CVS PHARMACY 02 02582    SPRINGFIELD  * PA | 85.64 |
| 06/25 | DEBIT CARD PURCHASE, *****30015485006, AUT 062218 VISA DDA PUR<br>TRUGREEN LP 5895      302 992 9680 * DE | 72.45 |
| 06/25 | DEBIT CARD PURCHASE, *****30014881411, AUT 062218 VISA DDA PUR<br>ALFREDOS RESTORANTE INC    MORTON    * PA | 46.18 |
| 06/25 | DEBIT CARD PURCHASE, *****30015485006, AUT 062218 VISA DDA PUR<br>RUBY TUESDAY 2764      SPRINGFIELD  * PA | 40.53 |
| 06/25 | DEBIT CARD PURCHASE, *****30015485006, AUT 062318 VISA DDA PUR<br>DAIRY QUEEN 12605      SPRINGFIELD  * PA | 11.31 |
| 06/25 | DEBIT POS, *****30015485006, AUT 062518 DDA PURCHASE<br>GIANT 6511        SPRINGFIELD  * PA | 9.68 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

| | |
|---|---|
| Page: | 5 of 9 |
| Statement Period: | Jun 14 2018-Jul 13 2018 |
| Cust Ref #: | |
| Primary Account #: | 6936 |



---

### DAILY ACCOUNT ACTIVITY

#### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/26 | DEBIT CARD PURCHASE, *****30015485006, AUT 062318 VISA DDA PUR<br>ATHLETA ONLINE      877 328 4538 * OH | 59.00 |
| 06/26 | DEBIT POS, *****30015485006, AUT 062618 DDA PURCHASE<br>TARGET T 1200 BALTIMO    SPRINGFIELD  * PA | 36.75 |
| 06/26 | DEBIT POS, *****30015485006, AUT 062618 DDA PURCHASE<br>USPS PO 4 128 YALE AVE    MORTON    * PA | 10.00 |
| 06/26 | DEBIT CARD PURCHASE, *****30015485006, AUT 062518 VISA DDA PUR<br>FEDEXOFFICE 00002840    SPRINGFIELD  * PA | 5.59 |
| 06/27 | DEBIT POS, *****30015485006, AUT 062718 DDA PURCHASE<br>MIKES AUTO REPA      SWARTHMORE   * PA | 50.00 |
| 06/28 | DEBIT CARD PURCHASE, *****30015485006, AUT 062618 VISA DDA PUR<br>EXXONMOBIL  97657449    SPRINGFIELD  * PA | 45.65 |
| 06/28 | DEBIT POS, *****30015485006, AUT 062818 DDA PURCHASE<br>GIANT 6511        SPRINGFIELD  * PA | 29.76 |
| 06/29 | DEBIT POS, *****30015485006, AUT 062918 DDA PURCHASE<br>BJS WHOLESALE 0 1260 E    SPRINGFIELD  * PA | 133.27 |
| 06/29 | TD ATM DEBIT, *****30015485006, AUT 062918 DDA WITHDRAW<br>969 BALTIMORE PIKE      SPRINGFIELD  * PA | 120.00 |
| 06/29 | DEBIT CARD PURCHASE, *****30015485006, AUT 062818 VISA DDA PUR<br>HILLS QUALITY SEAFOOD    MEDIA    * PA | 37.01 |
| 06/29 | DEBIT CARD PURCHASE, *****30015485006, AUT 062818 VISA DDA PUR<br>PAOMSARIA        PHILADELPHIA * PA | 20.00 |
| 07/02 | NONTD ATM DEBIT, *****30014881411, AUT 063018 DDA WITHDRAW<br>4 ROUTE 72        VINCENTOWN  * NJ | 500.00 |
| 07/02 | ACH DEBIT, COMCAST 8499100 330011924 3068034 | 304.34 |
| 07/02 | DEBIT CARD PURCHASE, *****30015485006, AUT 062918 VISA DDA PUR<br>PATIENT FIRST TOKEN    800 447 8588 * VA | 75.00 |
| 07/02 | DEBIT CARD PURCHASE, *****30015485006, AUT 063018 VISA DDA PUR<br>AUDIBLE        ADBL CO BILL * NJ | 15.85 |
| 07/02 | DEBIT CARD PURCHASE, *****30015485006, AUT 062818 VISA DDA PUR<br>DAIRY QUEEN 12605      SPRINGFIELD  * PA | 12.25 |
| 07/03 | DEBIT POS, *****30015485006, AUT 070318 DDA PURCHASE<br>GIANT 6511        SPRINGFIELD  * PA | 205.62 |
| 07/03 | DEBIT POS, *****30015485006, AUT 070218 DDA PURCHASE<br>MILMONT PARK BP      MILMONT PARK * PA | 39.40 |
| 07/03 | DEBIT POS, *****30015485006, AUT 070318 DDA PURCHASE<br>GIANT 6511        SPRINGFIELD  * PA | 27.32 |
| 07/03 | DEBIT CARD PURCHASE, *****30015485006, AUT 070218 VISA DDA PUR<br>EVERGREEN DAIRY BAR    SOUTHAMPTON  * NJ | 18.64 |
| 07/03 | DEBIT POS, *****30015485006, AUT 070318 DDA PURCHASE<br>USPS PO 4 105 RUTGERS    SWARTHMORE  * PA | 15.29 |
| 07/03 | DEBIT CARD PURCHASE, *****30014881411, AUT 070218 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 8.47 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## TD Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Page: 6 of 9
Statement Period: Jun 14 2018-Jul 13 2018
Cust Ref #:
Primary Account #: 6936

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | DEBIT CARD PURCHASE, *****30014881411, AUT 070218 VISA DDA PUR<br>AZIE GLOBAL MEDIA    MEDIA    * PA | 113.42 |
| 07/05 | DEBIT POS, *****30015485006, AUT 070518 DDA PURCHASE<br>CONSUMER COOPER    SWARTHMORE  * PA | 39.40 |
| 07/06 | DEBIT POS, *****30014881411, AUT 070618 DDA PURCHASE<br>TARGET T 1200 BALTIMO  SPRINGFIELD * PA | 81.83 |
| 07/06 | DEBIT CARD PURCHASE, *****30015485006, AUT 070518 VISA DDA PUR<br>PANERA BREAD 203952    610 690 2450 * PA | 15.56 |
| 07/09 | NONTD ATM DEBIT, *****30014881411, AUT 070718 DDA WITHDRAW<br>330 DARTMOUTH AVE    SWARTHMORE  * PA | 503.25 |
| 07/09 | DEBIT POS, *****30014881411, AUT 070718 DDA PURCHASE<br>BJS WHOLESALE 0 1260 E  SPRINGFIELD * PA | 242.67 |
| 07/09 | DEBIT CARD PURCHASE, *****30014881411, AUT 070618 VISA DDA PUR<br>CARRABBAS 8904    SPRINGFIELD * PA | 189.01 |
| 07/09 | DEBIT POS, *****30014881411, AUT 070718 DDA PURCHASE<br>WINE AND SPIRITS 2304    NEWTOWN SQUAR * PA | 136.71 |
| 07/09 | DEBIT POS, *****30014881411, AUT 070718 DDA PURCHASE<br>GIANT 6511    SPRINGFIELD  * PA | 123.24 |
| 07/09 | DEBIT POS, *****30014881411, AUT 070918 DDA PURCHASE<br>FDHAM UV RHILL MCGINLEY  BRONX    * NY | 112.17 |
| 07/09 | DEBIT POS, *****30014881411, AUT 070718 DDA PURCHASE<br>MARTINDALE S NA    SPRINGFIELD * PA | 105.93 |
| 07/09 | DEBIT POS, *****30015485006, AUT 070818 DDA PURCHASE<br>GIANT 6511    SPRINGFIELD * PA | 69.22 |
| 07/09 | DEBIT POS, *****30014881411, AUT 070718 DDA PURCHASE<br>CONSUMER COOPER    SWARTHMORE  * PA | 59.76 |
| 07/09 | DEBIT POS, *****30015485006, AUT 070818 DDA PURCHASE<br>BEDBATH BEYOND 857 BALT  SWARTHMORE  * PA | 58.13 |
| 07/09 | DEBIT POS, *****30015485006, AUT 070818 DDA PURCHASE<br>MACY S  BALTIMORE PI  SPRINGFIELD * PA | 57.33 |
| 07/09 | DEBIT CARD PURCHASE, *****30015485006, AUT 070718 VISA DDA PUR<br>NEWTOWN SQUARE LIBERTY  NEWTOWN SQUAR * PA | 54.06 |
| 07/09 | DEBIT CARD PURCHASE, *****30015485006, AUT 070518 VISA DDA PUR<br>EXXONMOBIL  97657449  SPRINGFIELD * PA | 45.09 |
| 07/09 | DEBIT CARD PURCHASE, *****30015485006, AUT 070618 VISA DDA PUR<br>TARGET    00023127  SPRINGFIELD * PA | 42.81 |
| 07/09 | DEBIT POS, *****30015485006, AUT 070718 DDA PURCHASE<br>TARGET T 1200 BALTIMO  SPRINGFIELD * PA | 36.06 |
| 07/09 | DEBIT POS, *****30015485006, AUT 070818 DDA PURCHASE<br>BARNESNOBLE 1901 SPROUL  BROOMALL  * PA | 18.01 |
| 07/09 | DEBIT POS, *****30015485006, AUT 070618 DDA PURCHASE<br>MACY S  089 BALTIMOR  SPRINGFIELD * PA | 13.50 |
| 07/09 | DEBIT POS, *****30015485006, AUT 070718 DDA PURCHASE<br>07786 ACME    NEWTOWN SQUAR * PA | 6.59 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank*

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Page:                                        7 of 9
Statement Period:      Jun 14 2018-Jul 13 2018
Cust Ref #:
Primary Account #:                    6936

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | DEBIT POS, *****30015485006, AUT 071018 DDA PURCHASE<br>CONSUMER COOPER          SWARTHMORE   * PA | 46.85 |
| 07/10 | DEBIT CARD PURCHASE, *****30015485006, AUT 071018 VISA DDA PUR<br>TARGET COM          800 591 3869 * MN | 45.56 |
| 07/10 | DEBIT CARD PURCHASE, *****30015485006, AUT 070818 VISA DDA PUR<br>TARGET COM          800 591 3869 * MN | 37.09 |
| 07/10 | DEBIT POS, *****30015485006, AUT 071018 DDA PURCHASE<br>CVS PHARMACY 00 00743    SWARTHMORE   * PA | 17.48 |
| 07/11 | DEBIT CARD PURCHASE, *****30014881411, AUT 070918 VISA DDA PUR<br>ENZOS OF ARTHUR AVENUE    BRONX      * NY | 185.00 |
| 07/11 | DEBIT CARD PURCHASE, *****30015485006, AUT 071018 VISA DDA PUR<br>TRUGREEN LP  5895          302 992 9680 * DE | 84.75 |
| 07/11 | DEBIT POS, *****30015485006, AUT 071118 DDA PURCHASE<br>GIANT 6511          SPRINGFIELD  * PA | 19.93 |
| 07/11 | DEBIT CARD PURCHASE, *****30015485006, AUT 071018 VISA DDA PUR<br>CVS PHARMACY 00743     SWARTHMORE   * PA | 10.44 |
| 07/12 | DEBIT CARD PURCHASE, *****30015485006, AUT 071118 VISA DDA PUR<br>HEALTHPLEX SPORTS CLUB   610 3288895  * PA | 330.00 |
| 07/12 | DEBIT POS, *****30015485006, AUT 071218 DDA PURCHASE<br>BARNESNOBLE 1901 SPROUL   BROOMALL    * PA | 66.13 |
| 07/13 | DEBIT POS, *****30015485006, AUT 071318 DDA PURCHASE<br>MIKES AUTO REPA          SWARTHMORE   * PA | 20.04 |
| 07/13 | DEBIT CARD PURCHASE, *****30015485006, AUT 071118 VISA DDA PUR<br>FOX CHASE   60046661    PHILADELPHIA * PA | 5.49 |
| | Subtotal: | 11,247.46 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/19 | DEPOSIT CORRECTION | 400.00 |
| 06/26 | ZERO DOLLAR DR, PECOENERGY UTIL_BIL ****168015 0001 | 0.00 |
| 06/26 | ZERO DOLLAR DR, PECOENERGY UTIL_BIL ****045062 0001 | 0.00 |
| 06/26 | ZERO DOLLAR DR, PECOENERGY UTIL_BIL ****560005 0001 | 0.00 |
| 06/29 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 435.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/13 | 746.83 | 06/29 | 4,958.76 |
| 06/14 | 634.10 | 07/02 | 4,031.32 |
| 06/15 | 7,193.33 | 07/03 | 3,716.58 |
| 06/18 | 2,344.54 | 07/05 | 3,563.76 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠



## **TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Jun 14 2018-Jul 13 2018 |
| Cust Ref #: | ▮▮▮▮-*** |
| Primary Account #: | ▮▮▮6936 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 06/19 | 1,694.71 | 07/06 | 3,426.37 |
| 06/20 | 1,518.40 | 07/09 | 1,552.83 |
| 06/21 | 1,245.92 | 07/10 | 1,405.85 |
| 06/25 | 347.96 | 07/11 | 2,233.55 |
| 06/26 | 236.62 | 07/12 | 1,837.42 |
| 06/27 | 186.62 | 07/13 | 5,532.89 |
| 06/28 | -136.69 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Page:                          9 of 9
Statement Period:      Jun 14 2018-Jul 13 2018
Cust Ref #:
Primary Account #:                    6936

---

**#101**   06/28   **$227.90**

**#102**   06/29   **$8.18**

**#103**   06/28   **$20.00**

**#104**   07/06   **$40.00**

**#105**   07/02   **$20.00**

**#176**   07/11   **$100.00**

**#180**   06/25   **$150.00**

**#182**   06/19   **$235.00**

 **Bank**

America's Most Convenient Bank®                    T        STATEMENT OF ACCOUNT

533-MTD0104008I418233910

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA
20 GUERNSEY RD
SWARTHMORE PA  19081-

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Jul 14 2018-Aug 13 2018 |
| Cust Ref #: | |
| Primary Account #: | 6936 |

## Chapter 11 Checking

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Account #        6936

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,532.89 | Average Collected Balance | 1,822.32 |
| Deposits | 2,535.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 4,334.79 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 224.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 224.00 | | |
| Electronic Payments | 10,605.30 | | |
| Other Withdrawals | 140.00 | | |
| Ending Balance | 1,657.38 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $140.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | MOBILE DEPOSIT | 510.00 |
| 07/30 | MOBILE DEPOSIT | 25.00 |
| 08/10 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,535.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/27 | ACH DEPOSIT, ZITNER CANDY COR DIRECT DEP ****6704669056V | 3,721.40 |
| 08/09 | ACH RETURNED ITEM, PECOENERGY UTIL_BIL ****560005 0808 | 42.20 |
| 08/09 | ACH RETURNED ITEM, PECOENERGY UTIL_BIL ****168015 0808 | 159.54 |
| 08/10 | ACH RETURNED ITEM, PECOENERGY UTIL_BIL ****045062 0809 | 411.65 |
| | Subtotal: | 4,334.79 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | RETURNED ITEM | 224.00 |
| | Subtotal: | 224.00 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Page:                                    3 of 7
Statement Period:    Jul 14 2018-Aug 13 2018
Cust Ref #:
Primary Account #:                          6936

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid

No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|
| 07/30 | 152 | 224.00 |

Subtotal:    224.00

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|--------------|-------------|--------|
| 07/16 | DEBIT POS, *****30014881411, AUT 071418 DDA PURCHASE<br>TOTAL WINE AND MORE 101    CLAYMONT    * DE | 235.34 |
| 07/16 | DEBIT POS, *****30014881411, AUT 071518 DDA PURCHASE<br>BJS WHOLESALE 0 1260 E    SPRINGFIELD  * PA | 208.10 |
| 07/16 | DEBIT POS, *****30014881411, AUT 071518 DDA PURCHASE<br>GIANT 6511        SPRINGFIELD  * PA | 177.78 |
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071318 VISA DDA PUR<br>FEDEXOFFICE 00002840    SPRINGFIELD  * PA | 96.36 |
| 07/16 | DEBIT CARD PURCHASE, *****30014881411, AUT 071318 VISA DDA PUR<br>GIANT FUEL 6442      HAVERTOWN   * PA | 81.48 |
| 07/16 | DEBIT POS, *****30014881411, AUT 071418 DDA PURCHASE<br>TOTAL WINE AND MORE 101    CLAYMONT    * DE | 65.37 |
| 07/16 | DEBIT POS, *****30015485006, AUT 071518 DDA PURCHASE<br>BEDBATH BEYOND 857 BALT    SWARTHMORE  * PA | 55.09 |
| 07/16 | DEBIT POS, *****30015485006, AUT 071418 DDA PURCHASE<br>CARTER S 400 S STATE    SPRINGFIELD  * PA | 55.01 |
| 07/16 | CCD DEBIT, PECOENERGY UTIL_BIL ****045062 0716 | 51.18 |
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071218 VISA DDA PUR<br>QDOBA 2370        SPRINGFIELD  * PA | 44.20 |
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071318 VISA DDA PUR<br>WAWA 8082    00080820    MEDIA    * PA | 42.45 |
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071318 VISA DDA PUR<br>COCCO S XPRESS      SPRINGFIELD  * PA | 41.22 |
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071218 VISA DDA PUR<br>VITAMIN SHOPPE      SPRINGFIELD  * PA | 35.63 |
| 07/16 | DEBIT POS, *****30015485006, AUT 071418 DDA PURCHASE<br>MIKES AUTO REPA      SWARTHMORE  * PA | 25.22 |
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071418 VISA DDA PUR<br>HEALTHPLEX SPORTS CLUB    SPRINGFIELD  * PA | 20.00 |
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071318 VISA DDA PUR<br>MCDONALD S F10102    ELKTON    * MD | 17.96 |
| 07/16 | DEBIT CARD PURCHASE, *****30014881411, AUT 071518 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 15.89 |
| 07/16 | DEBIT POS, *****30015485006, AUT 071418 DDA PURCHASE<br>WAL MART 5881      SPRINGFIELD  * PA | 13.95 |
| 07/16 | DEBIT POS, *****30015485006, AUT 071318 DDA PURCHASE<br>DOLLAR TR 1991 SPROUL    BROOMALL    * PA | 10.60 |
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071318 VISA DDA PUR<br>ALFREDOS RESTORANTE INC    MORTON    * PA | 8.22 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Page:                    4 of 7
Statement Period:   Jul 14 2018-Aug 13 2018
Cust Ref #:
Primary Account #:              6936

DAILY ACCOUNT ACTIVITY

## Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/16 | DEBIT CARD PURCHASE, *****30015485006, AUT 071418 VISA DDA PUR<br>AUDIBLE US          888 283 5051 * NJ | 7.37 |
| 07/17 | DEBIT CARD PAYMENT, *****30015485006, AUT 071618 VISA DDA PUR<br>AMAZONPRIME MEMBERSHIP   AMZN COM PRME * WA | 126.14 |
| 07/17 | DEBIT POS, *****30015485006, AUT 071618 DDA PURCHASE<br>BOB S SERVICE I      SPRINGFIELD  * PA | 50.57 |
| 07/17 | DEBIT POS, *****30015485006, AUT 071718 DDA PURCHASE<br>GIANT 6511          SPRINGFIELD  * PA | 38.11 |
| 07/17 | DEBIT CARD PURCHASE, *****30014881411, AUT 071618 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 9.99 |
| 07/17 | DEBIT CARD PURCHASE, *****30014881411, AUT 071618 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 4.23 |
| 07/18 | NONTD ATM DEBIT, *****30015485006, AUT 071818 DDA WITHDRAW<br>22 W STATE STREET     MEDIA      * PA | 63.25 |
| 07/18 | DEBIT CARD PURCHASE, *****30014881411, AUT 071718 VISA DDA PUR<br>CITGO ALLEGHENY AVE    PHILADELPHIA * PA | 40.00 |
| 07/19 | ELECTRONIC PMT-TEL, SAFECO INS. CO. TEL PAYMNT ****2166534 | 960.95 |
| 07/19 | TD ATM DEBIT, *****30015485006, AUT 071918 DDA WITHDRAW<br>969 BALTIMORE PIKE    SPRINGFIELD  * PA | 200.00 |
| 07/19 | DEBIT CARD PURCHASE, *****30014881411, AUT 071718 VISA DDA PUR<br>RESTAURANT DEPOT      PHILADELPHIA * PA | 66.57 |
| 07/19 | DEBIT POS, *****30014881411, AUT 071918 DDA PURCHASE<br>KOHLS 0280 250 W CHESTER   HAVERTOWN   * PA | 53.98 |
| 07/19 | DEBIT POS, *****30015485006, AUT 071918 DDA PURCHASE<br>GIANT 6511          SPRINGFIELD  * PA | 51.97 |
| 07/19 | DEBIT CARD PURCHASE, *****30014881411, AUT 071718 VISA DDA PUR<br>MURRAYS DELICATESSEN    BALA CYNWYD * PA | 35.01 |
| 07/19 | DEBIT CARD PURCHASE, *****30015485006, AUT 071818 VISA DDA PUR<br>VIT VITAMIN SHOPPE COM   800 223 1216 * NJ | 31.49 |
| 07/19 | DEBIT CARD PURCHASE, *****30014881411, AUT 071818 VISA DDA PUR<br>NETFLIX COM        NETFLIX COM * CA | 14.83 |
| 07/19 | DEBIT CARD PURCHASE, *****30015485006, AUT 071718 VISA DDA PUR<br>RENATO PIZZA        SWARTHMORE  * PA | 10.55 |
| 07/20 | DEBIT CARD PURCHASE, *****30015485006, AUT 071818 VISA DDA PUR<br>AZIE GLOBAL MEDIA     MEDIA    * PA | 137.48 |
| 07/20 | DEBIT CARD PURCHASE, *****30015485006, AUT 071818 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW   WWW AMAZON CO * WA | 114.99 |
| 07/23 | DEBIT CARD PURCHASE, *****30015485006, AUT 072018 VISA DDA PUR<br>PECO PAYMENT        800 494 4000 * PA | 276.77 |
| 07/23 | DEBIT CARD PURCHASE, *****30015485006, AUT 072018 VISA DDA PUR<br>SCOTT KIA OF SPRINGFIELD  SPRINGFIELD  * PA | 257.22 |
| 07/23 | DEBIT POS, *****30014881411, AUT 072118 DDA PURCHASE<br>BJS WHOLESALE 0 1260 E   SPRINGFIELD  * PA | 239.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

| | |
|---|---|
| Page: | 5 of 7 |
| Statement Period: | Jul 14 2018-Aug 13 2018 |
| Cust Ref #: | |
| Primary Account #: | 6936 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/23 | DEBIT POS, *****30014881411, AUT 072118 DDA PURCHASE<br>GIANT 6511          SPRINGFIELD  * PA | 177.28 |
| 07/23 | DEBIT POS, *****30015485006, AUT 072218 DDA PURCHASE<br>CVS PHARMACY 02 02582    SPRINGFIELD  * PA | 138.02 |
| 07/23 | DEBIT POS, *****30014881411, AUT 072118 DDA PURCHASE<br>MARTINDALE S NA         SPRINGFIELD  * PA | 108.87 |
| 07/23 | DEBIT CARD PURCHASE, *****30014881411, AUT 072018 VISA DDA PUR<br>PA DRIVER  VEHICLE SERV   800 932 4600 * PA | 12.00 |
| 07/23 | DEBIT CARD PURCHASE, *****30015485006, AUT 072018 VISA DDA PUR<br>CHICK FIL A 02022     SPRINGFIELD  * PA | 6.92 |
| 07/24 | DEBIT POS, *****30015485006, AUT 072418 DDA PURCHASE<br>BOB S SERVICE I     SPRINGFIELD  * PA | 21.30 |
| 07/24 | DEBIT POS, *****30015485006, AUT 072318 DDA PURCHASE<br>GIANT 6511          SPRINGFIELD  * PA | 15.27 |
| 07/25 | DEBIT CARD PURCHASE, *****30015485006, AUT 072418 VISA DDA PUR<br>HILLS QUALITY SEAFOOD     MEDIA     * PA | 45.00 |
| 07/25 | DEBIT POS, *****30015485006, AUT 072518 DDA PURCHASE<br>GIANT 6511          SPRINGFIELD  * PA | 22.42 |
| 07/25 | DEBIT CARD PURCHASE, *****30015485006, AUT 072418 VISA DDA PUR<br>MCDONALD S F26833     MEDIA     * PA | 3.17 |
| 07/26 | DEBIT POS, *****30015485006, AUT 072618 DDA PURCHASE<br>WAWA 8081           FOLSOM     * PA | 46.91 |
| 07/26 | DEBIT CARD PURCHASE, *****30015485006, AUT 072518 VISA DDA PUR<br>RITAS 021          MEDIA     * PA | 9.47 |
| 07/27 | ACH DEBIT, HPT*PLYMOUTH ROC 8004375556 PNH****2003001 | 207.35 |
| 07/27 | DEBIT POS, *****30015485006, AUT 072718 DDA PURCHASE<br>WAWA 8081           FOLSOM     * PA | 32.93 |
| 07/27 | DEBIT POS, *****30015485006, AUT 072718 DDA PURCHASE<br>07798 ACME          BROOMALL   * PA | 28.99 |
| 07/30 | ELECTRONIC PMT-WEB, M&T MORTGAGE ONLINE PMT CKF****31343POS | 3,900.00 |
| 07/30 | ACH DEBIT, COMCAST 8499100 330011924 2691035 | 302.06 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072718 VISA DDA PUR<br>TRUGREEN LP 5895      302 992 9680 * DE | 144.90 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072918 VISA DDA PUR<br>THE DUNES RESTAURANT     NAGS HEAD   * NC | 52.76 |
| 07/30 | DEBIT POS, *****30015485006, AUT 072918 DDA PURCHASE<br>ARBY S CITGO        POCOMOKE CITY * MD | 43.07 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072718 VISA DDA PUR<br>AMAZON VIDEO ON DEMAND    AMZN COM BILL * WA | 26.49 |
| 07/30 | DEBIT POS, *****30015485006, AUT 072818 DDA PURCHASE<br>GIANT 6511          SPRINGFIELD  * PA | 24.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072818 VISA DDA PUR<br>PEI WEI 0170     Q02    SPRINGFIELD  * PA | 23.91 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

Page: 6 of 7
Statement Period: Jul 14 2018-Aug 13 2018
Cust Ref #:
Primary Account #: ████ 6936

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | DEBIT POS, *****30015485006, AUT 072818 DDA PURCHASE HAPPY WOK CHINESE RESTAU SWARTHMORE * PA | 23.59 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072918 VISA DDA PUR MCDONALD S F26438 CAPE CHARLES * VA | 22.56 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072818 VISA DDA PUR SWATHMORE PIZZA SWARTHMORE * PA | 17.28 |
| 07/30 | DEBIT POS, *****30015485006, AUT 072918 DDA PURCHASE ARBY S CITGO POCOMOKE CITY * MD | 13.14 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072618 VISA DDA PUR BURGER KING 327 MORTON * PA | 8.88 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072718 VISA DDA PUR REIS IRVYS FROZEN YOGU SAN DIEGO * CA | 4.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30015485006, AUT 072718 VISA DDA PUR REIS IRVYS FROZEN YOGU SAN DIEGO * CA | 4.00 |
| 07/31 | DEBIT CARD PURCHASE, *****30014881411, AUT 072918 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 10.59 |
| 08/01 | DEBIT CARD PURCHASE, *****30015485006, AUT 073118 VISA DDA PUR AUDIBLE AMZN COM BILL * NJ | 15.85 |
| 08/02 | DEBIT CARD PURCHASE, *****30014881411, AUT 073118 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 8.47 |
| 08/07 | DEBIT CARD PURCHASE, *****30015485006, AUT 080518 VISA DDA PUR AMZN MKTP US AMZN COM BI AMZN COM BILL * WA | 64.63 |
| 08/08 | ACH DEBIT, PECOENERGY UTIL_BIL ****560005 0808 | 42?.20 |
| 08/08 | CCD DEBIT, PECOENERGY UTIL_BIL ****168015 0808 | 15?.54 |
| 08/08 | DEBIT POS, *****30015485006, AUT 080718 DDA PURCHASE GIANT 6511 SPRINGFIELD * PA | 11.26 |
| 08/09 | CCD DEBIT, PECOENERGY UTIL_BIL ****045062 0809 | 4?.65 |
| 08/13 | DEBIT POS, *****30015485006, AUT 081218 DDA PURCHASE GIANT 6511 SPRINGFIELD * PA | 234.22 |
| 08/13 | DEBIT POS, *****30015485006, AUT 081218 DDA PURCHASE BOB S SERVICE I SPRINGFIELD * PA | 51.46 |
| 08/13 | DEBIT POS, *****30015485006, AUT 081118 DDA PURCHASE TARGET T 1200 BALTIMO SPRINGFIELD * PA | 17.17 |
| | Subtotal: | 10,605.30 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | ZERO DOLLAR DR, PALISADES PROPER P&CMONTHLY PNH****2003001 | 0.00 |
| 07/31 | OVERDRAFT RET | 35.00 |
| 08/09 | OVERDRAFT RET | 70.00 |
| 08/10 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 140.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Jul 14 2018-Aug 13 2018 |
| Cust Ref #: | |
| Primary Account #: | 6936 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/13 | 5,532.89 | 07/27 | 4,286.67 |
| 07/16 | 4,224.47 | 07/30 | -12.97 |
| 07/17 | 3,995.43 | 07/31 | 165.44 |
| 07/18 | 3,892.18 | 08/01 | 149.59 |
| 07/19 | 2,466.83 | 08/02 | 141.12 |
| 07/20 | 2,214.36 | 08/07 | 76.49 |
| 07/23 | 998.08 | 08/08 | -506.51 |
| 07/24 | 961.51 | 08/09 | -46.42 |
| 07/25 | 890.92 | 08/10 | 1,960.23 |
| 07/26 | 834.54 | 08/13 | 1,657.38 |