UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re Evan and Jaime Prochniak

Case No. 18-12486 (MDC)
Reporting Period: September 2018

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____     _____10 / 25 /18_____
Signature of Debtor                                      Date

_____     _____10 - 28 - 18_____
Signature of Joint Debtor                               Date

_____     _____
Signature of Authorized Individual*              Date

_____     _____
Printed Name of Authorized Individual            Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: Evan and Jaime Prochniak
Debtor

Case No. 18-12486
Reporting Period: Septmeber 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | #6936 | #0941 | #3819 | #0917 | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING  OF MONTH | 4,229.40 | | | | 4,229.40 | 4,229.40 | | |
| **RECEIPTS** | | | | | | | | |
| SALARY | 7,442.40 | | | | 7,442.40 | 7,442.40 | 30,553.76 | 30,553.76 |
| ACCOUNTS RECEIVABLE | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANS AND ADVANCES | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| SALE  OF  ASSETS | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER INCOME | 4,150.00 | | | | 4,150.00 | 3,762.82 | 33,132.00 | 33,132.00 |
| TRANSFERS  (FROM DIP ACCTS) | | | | | 0.00 | 0.00 | 8,250.00 | 8,250.00 |
| TRANSFERS  (FROM non DIP ACCTS) | | | | | | | | |
| **TOTAL  RECEIPTS** | 11,592.40 | | | | 11,592.40 | 11,205.22 | 71,935.76 | 71,935.76 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH  LIST) | | | | | | | | |
| FOOD, CLOTHING AND MISCELLANEOUS HOUSHOLD EXPENSES | 13,823.89 | | | | 13,823.89 | 13,823.89 | 76,394.44 | 76,394.44 |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | 4,600.00 | 4,600.00 |
| TRANSFERS (TO NON DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 13,823.89 | 0.00 | 0.00 | 0.00 | 13,823.89 | 13,823.89 | 80,994.44 | 80,994.44 |
| NET CASH FLOW | -2,231.49 | 0.00 | 0.00 | 0.00 | -2,231.49 | -2,231.49 | 2,640.86 | 1,991.16 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | 1,997.91 | 436.26 | 3,586.39 | 343.12 | 6,363.68 | 7,365.04 | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO B/

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 13,823.89 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0.00 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 13,823.89 |

FORM MOR-1
(04/07)

| Other Expenses | September, 2018 |
|---|---|
| Auto Expenses | 415.45 |
| Bank Fees | |
| Cash Withdrawals | 1,703.00 |
| Clothing | 93.44 |
| Computer and Internet | 84.78 |
| Donations/Gifts | |
| Entertainment | 569.85 |
| Food | 2,291.37 |
| Health and Fitness | 936.76 |
| Household Supplies | 835.54 |
| Insurance | |
| Medical | 20.00 |
| Miscellaneous | 509.20 |
| Mortgage, Loans Credit Card Payments | 3,800.00 |
| Office | 85.84 |
| Parking | 45.00 |
| Postage | |
| Taxes and Licenses | 318.79 |
| Repairs and Maintenance | |
| Personal Items | 208.69 |
| Utilities | 1,468.28 |
| School Expenses | 438.00 |
| Total Expenses | 13,823.99 |

In re Evan and Jaime Prochniak                                     Case No. 18-12486
                        Debtor                                     Reporting Period: September 2018

### BANK RECONCILIATIONS
#### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | #3819 | #0917 | #0941 | #3696 | Tax # | | Other # | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | 2,969.13 | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | 2,969.13 | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (–)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | 2,969.13 | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| Transfers | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re Evan and Jaime Prochniak                                    Case No. 18-12486 (MDC)
                Debtor                                            Reporting Period: September 2018

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|-------|----------------|-----------------|-------|--------------|------|------------------|----------|-------------------|----------|
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |
|       |                |                 |       |              |      |                  |          |                   |          |

In re Evan and Jaime Prochniak                                    Case No. 18-12486 (MDC)
_____
Debtor                                                            Reporting Period: September 2018

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 11,592.40 | $ |
| Less:  Returns and Allowances | | |
| Net Revenue | 11,592.40 | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | 13,823.89 | |
| Total Operating Expenses Before Depreciation | 13,823.89 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -2,231.49 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak                                           Case No. 18-12486 (MDC)
                        Debtor                                            Reporting Period: September 2018

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 1,997.91 | 2,500.00 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | 98,100.00 | 98,100.00 |
| *TOTAL CURRENT ASSETS* | 100,097.91 | 100,600.00 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 950,000.00 | 950,000.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | 950,000.00 | 950,000.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 5,324,256.85 | 5,324,256.85 |
| Priority Debt | | |
| Unsecured Debt | 174,661.24 | 174,661.24 |
| *TOTAL PRE-PETITION LIABILITIES* | 5,498,918.09 | 5,498,918.09 |
| *TOTAL LIABILITIES* | $ | $ |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak                                    Case No. Case No. 18-12486 (MDC)
                 Debtor                                    Reporting Period: September 2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Evan and Jaime Prochniak
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |



**Bank**

America's Most Convenient Bank®

EVAN PROCHNIAK
JAMIE PROCHNIAK
DIP CASE 18-12486 EDPA
20 GUERNSEY RD
SWARTHMORE PA        19081-

039 / Chapter 11 Checking        ████6936

| | | | |
|---|---|---|---:|
| Statement Beginning Balance | | | $1,657.38 |
| Plus | 13 | Deposits and Other Credits | $36,119.18 |
| Less | 245 | Checks and Other Debits | $34,807.43 |
| Statement Balance As Of: 10/13/2018 | | | $2,969.13 |

## Transactions By Date

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---:|---:|---:|
| 08/14/2018 | | VISA DDA PUR 475542    HEALTHPLEX SPO | $368.00 | | $1,289.38 |
| 08/15/2018 | | PECOENERGY    RETRY PYMT | $421.20 | | $868.18 |
| 08/15/2018 | | PECOENERGY    RETRY PYMT | $150.54 | | $717.64 |
| 08/15/2018 | | VISA DDA PUR 469216    AUDIBLE US | $7.37 | | $710.27 |
| 08/16/2018 | | PECOENERGY    RETRY PYMT | $41.65 | | $668.62 |
| 08/16/2018 | | VISA DDA PUR 443106    AMAZON COM AM | $34.97 | | $633.65 |
| 08/16/2018 | | VISA DDA PUR 443106    AMZN MKTP US AI | $29.99 | | $603.66 |
| 08/16/2018 | | VISA DDA PUR 469216    APL ITUNES COM I | $15.89 | | $587.77 |
| 08/17/2018 | | VISA DDA PUR 469216    QDOBA 2370 | $37.95 | | $549.82 |
| 08/17/2018 | | DDA PURCHASE 403482    GIANT  6511 | $23.33 | | $526.49 |
| 08/17/2018 | | VISA DDA PUR 469216    APL ITUNES COM | $9.99 | | $516.50 |
| 08/20/2018 | | DEPOSIT | | $10,000.00 | $10,516.50 |
| 08/20/2018 | | DDA PURCHASE 07294801  MIKES AUTO R | $50.00 | | $10,466.50 |
| 08/20/2018 | | VISA DDA PUR 469216    NETFLIX COM | $14.83 | | $10,451.67 |
| 08/20/2018 | | VISA DDA PUR 444500    FIVE BELOW 142 | $7.42 | | $10,444.25 |
| 08/20/2018 | | DDA PURCHASE 01401901  WAWA 88 | $2.88 | | $10,441.37 |
| 08/21/2018 | 276 | POD CHECK | $175.00 | | $10,266.37 |
| 08/21/2018 | | DDA PURCHASE 51480001  HOMEGOODS 1 | $158.99 | | $10,107.38 |

| 08/28/2018 | VISA DDA PUR 444300   CVS PHARMACY 01 | $25.56 | $7,551.99 |
|---|---|---|---|
| 08/28/2018 | DDA PURCHASE 07013455   RIOS PHARMAC | $28.43 | $7,523.56 |
| 08/29/2018 | CHASE CREDIT CRD EPAY | $2,000.00 | $5,523.56 |
| 08/29/2018 | AQUA        AQUA SERVI | $277.05 | $5,246.51 |
| 08/29/2018 | VISA DDA PUR 441290   COCCO S XPRESS | $95.24 | $5,151.27 |
| 08/29/2018 | VISA DDA PUR 469216   AMAZON COM | $31.13 | $5,120.14 |
| 08/29/2018 | DDA PURCHASE 32312173   TARGET T  1200 | $29.99 | $5,090.15 |
| 08/29/2018 | DDA PURCHASE 403482     GIANT  6511 | $8.28 | $5,081.87 |
| 08/30/2018 | COMCAST 8499100  330011924 | $347.84 | $4,734.03 |
| 08/31/2018 | DEBIT | $40.00 | $4,694.03 |
| 08/31/2018 | VISA DDA PUR 490641     RODANFI LDS 415 | $223.61 | $4,470.42 |
| 08/31/2018 | VISA DDA PUR 475076     SPLIT ENDZ HAIR ( | $29.00 | $4,441.42 |
| 09/04/2018 | DDA WITHDRAW TW04B689   969 BALTIMO | $400.00 | $4,041.42 |
| 09/04/2018 | VISA DDA PUR 469216     WCS ADM BRONX | $214.00 | $3,827.42 |
| 09/04/2018 | DDA WITHDRAW BX9242    1735 CHESTNU | $203.00 | $3,624.42 |
| 09/04/2018 | DDA PURCHASE 476930     CHAMPS 14593 | $200.00 | $3,424.42 |
| 09/04/2018 | DDA PURCHASE 32312073   TARGET T  1200 | $195.06 | $3,229.36 |
| 09/04/2018 | DDA PURCHASE 313172     FINISH LINE  083 | $160.00 | $3,069.36 |
| 09/04/2018 | DDA PURCHASE 32312072   TARGET T  1200 | $104.15 | $2,965.21 |
| 09/04/2018 | VISA DDA PUR 490641     WPY STRATH HAV | $100.00 | $2,865.21 |
| 09/04/2018 | VISA DDA PUR 490641     WPY STRATH HAV | $100.00 | $2,765.21 |
| 09/04/2018 | DDA PURCHASE 32312165   TARGET T  1200 | $84.79 | $2,680.42 |
| 09/04/2018 | DDA PURCHASE 403482     GIANT  6511 | $81.01 | $2,599.41 |
| 09/04/2018 | DDA PURCHASE 82743201   CROSS BRONX F | $80.67 | $2,518.74 |
| 09/04/2018 | DDA PURCHASE 32312087   TARGET T  1200 | $71.34 | $2,447.40 |
| 09/04/2018 | DDA PURCHASE 316235     TERRAIN  3001 9 | $62.01 | $2,385.39 |
| 09/04/2018 | DDA WITHDRAW TW04B689   969 BALTIMO | $60.00 | $2,325.39 |
| 09/04/2018 | DDA PURCHASE 13625201   ELITE ENTERPR | $50.66 | $2,274.73 |
| 09/04/2018 | DDA PURCHASE 06619120   PIER 1 IMPORTS | $34.95 | $2,239.78 |
| 09/04/2018 | VISA DDA PUR 423168     PANERA BREAD  2 | $20.12 | $2,219.66 |
| 09/04/2018 | VISA DDA PUR 469216     06311   14 SOUTH 2 | $15.00 | $2,204.66 |
| 09/04/2018 | VISA DDA PUR 449215     MADE IN AMERIC | $15.00 | $2,189.66 |

| Date | Description | | Amount | Balance |
|------|-------------|-|--------|---------|
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $4.00 | $2,175.66 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $12.00 | $2,163.66 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $12.00 | $2,151.66 |
| 09/04/2018 | VISA DDA PUR 469216 | APL ITUNES COM I | $8.47 | $2,143.19 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $8.00 | $2,135.19 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $7.00 | $2,128.19 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $7.00 | $2,121.19 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $7.00 | $2,114.19 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $7.00 | $2,107.19 |
| 09/04/2018 | VISA DDA PUR 426979 | SWISS FARMS  5 | $6.29 | $2,100.90 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $5.00 | $2,095.90 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $5.00 | $2,090.90 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $4.00 | $2,086.90 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $4.00 | $2,082.90 |
| 09/04/2018 | VISA DDA PUR 449215 | MADE IN AMERIC | $4.00 | $2,078.90 |
| 09/05/2018 | DEBIT | | $250.00 | $1,828.90 |
| 09/05/2018 | VISA DDA PUR 476147 | ROBERTO S | $239.35 | $1,589.55 |
| 09/05/2018 | DDA PURCHASE 403482 | GIANT 6511 | $162.06 | $1,427.49 |
| 09/05/2018 | VISA DDA PUR 469216 | WCS BXZOO RST D | $66.00 | $1,361.49 |
| 09/05/2018 | DDA PURCHASE 33881701 | MARTINDALE S | $32.78 | $1,328.71 |
| 09/05/2018 | VISA DDA PUR 463858 | ALFREDO S PIZZA | $11.73 | $1,316.98 |
| 09/05/2018 | DDA PURCHASE 403482 | GIANT 6511 | $2.00 | $1,314.98 |
| 09/06/2018 | PECOENERGY     UTIL_BIL | | $353.05 | $961.93 |
| 09/06/2018 | PALISADES PROPER P&CMONTHLY | | $207.41 | $754.52 |
| 09/06/2018 | DDA WITHDRAW TW04B689  969 BALTIMO | | $140.00 | $614.52 |
| 09/06/2018 | VISA DDA PUR 420429 | MICROSOFT  XBO | $63.59 | $550.93 |
| 09/06/2018 | PECOENERGY     UTIL_BIL | | $54.54 | $496.39 |
| 09/06/2018 | DDA PURCHASE 07294801 | MIKES AUTO R | $50.00 | $446.39 |
| 09/06/2018 | DDA PURCHASE 88152102 | CONSUMER CO | $32.87 | $413.52 |
| 09/06/2018 | VISA DDA PUR 473309 | THE 320 MARKET ( | $14.83 | $398.69 |
| 09/06/2018 | VISA DDA PUR 426979 | SWISS FARMS  5 | $4.38 | $394.31 |
| 09/07/2018 | ZITNER CANDY COR DIRECT DEP | | $3,721.41 | $4,115.72 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 09/07/2018 | PECO ENERGY | UTIL BIL | $67.19 | $4,069.53 |
| 09/10/2018 | DDA PURCHASE 403482 | GIANT 6511 | $178.69 | $3,890.84 |
| 09/10/2018 | DDA PURCHASE 316808 | BJS WHOLESALE | $168.02 | $3,722.82 |
| 09/10/2018 | DDA PURCHASE 30475001 | GYMBOREE 268 | $115.99 | $3,606.83 |
| 09/10/2018 | DDA PURCHASE 403482 | LOWE S 3169 | $81.92 | $3,524.91 |
| 09/10/2018 | DDA PURCHASE 319181 | THE HOME DEPO | $68.02 | $3,456.89 |
| 09/10/2018 | VISA DDA PUR 469216 | GIANT FUEL 6442 | $67.05 | $3,389.84 |
| 09/10/2018 | VISA DDA PUR 421073 | JOURNEYS KIDZ 0 | $64.94 | $3,324.90 |
| 09/10/2018 | VISA DDA PUR 473309 | THE 320 MARKET ( | $57.14 | $3,267.76 |
| 09/10/2018 | VISA DDA PUR 469216 | CARRABBAS 8904 | $45.79 | $3,221.97 |
| 09/10/2018 | VISA DDA PUR 421073 | PAT S PIZZERIA NA | $36.04 | $3,185.93 |
| 09/10/2018 | DDA PURCHASE 318600 | VICTORIA S SEC | $28.50 | $3,157.43 |
| 09/10/2018 | DDA PURCHASE 319509 | CVS PHARMACY | $25.94 | $3,131.49 |
| 09/10/2018 | VISA DDA PUR 401339 | COLONIAL VILLAC | $24.04 | $3,107.45 |
| 09/10/2018 | VISA DDA PUR 473309 | PROVIDENCE PED | $20.00 | $3,087.45 |
| 09/10/2018 | VISA DDA PUR 469216 | CARRABBAS 8904 | $18.01 | $3,069.44 |
| 09/11/2018 | DDA PURCH W/CB 403482 | GIANT 6511 | $162.44 | $2,907.00 |
| 09/11/2018 | DDA PURCHASE 319181 | THE HOME DEPO | $17.00 | $2,890.00 |
| 09/11/2018 | VISA DDA PUR 469216 | QDOBA 2370 | $15.20 | $2,874.80 |
| 09/11/2018 | VISA DDA PUR 423168 | PANERA BREAD 2 | $7.09 | $2,867.71 |
| 09/12/2018 | DDA PURCHASE 12642801 | BOB S SERVICE | $47.73 | $2,819.98 |
| 09/12/2018 | VISA DDA PUR 476197 | PEI WEI 0170    QC | $35.88 | $2,784.10 |
| 09/12/2018 | VISA DDA PUR 420429 | MICROSOFT XBO | $21.19 | $2,762.91 |
| 09/13/2018 | DDA PURCHASE 319134 | OLD UNION NUR | $438.00 | $2,324.91 |
| 09/13/2018 | VISA DDA PUR 475542 | COUNTY OF DELA | $300.75 | $2,024.16 |
| 09/13/2018 | VISA DDA PUR 475542 | COUNTY OF DELA | $9.02 | $2,015.14 |
| 09/14/2018 | DDA WITHDRAW PJ3765 | 31 S CHESTER R | $403.50 | $1,611.64 |
| 09/14/2018 | VISA DDA PUR 475542 | HEALTHPLEX SPO | $373.00 | $1,238.64 |
| 09/14/2018 | DDA PURCHASE 39721901 | PHILLY GAS | $100.00 | $1,138.64 |
| 09/14/2018 | DDA PURCHASE 08117466 | FOX STREET C | $60.00 | $1,078.64 |
| 09/14/2018 | DDA PURCHASE 30074301 | CVS PHARM 00 | $49.79 | $1,028.85 |
| 09/14/2018 | VISA DDA PUR 401339 | WALLINGFORD SW | $42.49 | $986.36 |

| Date | | Description | | Amount | Deposit | Balance |
|------|---|-------------|---|--------|---------|---------|
| 09/14/2018 | | VISA DDA PUR 443965   MATTHEWS LEAF | | $9.73 | | $970.61 |
| 09/14/2018 | | DDA PURCHASE 319509   CVS PHARMACY | | $13.49 | | $957.12 |
| 09/17/2018 | | VISA DDA REF 476501   PHILLY GAS | | | $100.00 | $1,057.12 |
| 09/17/2018 | | VISA DDA PUR 449215   NPSNETHER UNITE | | $165.00 | | $892.12 |
| 09/17/2018 | | DDA PURCHASE 316808   BJS WHOLESALE | | $109.16 | | $782.96 |
| 09/17/2018 | | DDA PURCHASE 33881701   MARTINDALE S | | $88.86 | | $694.10 |
| 09/17/2018 | | VISA DDA PUR 401339   WALLINGFORD SW | | $82.49 | | $611.61 |
| 09/17/2018 | | VISA DDA PUR 442629   HENG S THAI | | $39.22 | | $572.39 |
| 09/17/2018 | | VISA DDA PUR 475076   SPLIT ENDZ HAIR ( | | $18.00 | | $554.39 |
| 09/17/2018 | | VISA DDA PUR 469216   APL ITUNES COM F | | $15.89 | | $538.50 |
| 09/17/2018 | | VISA DDA PUR 469216   APL ITUNES COM | | $9.99 | | $528.51 |
| 09/17/2018 | | VISA DDA PUR 473309   THE 320 MARKET ( | | $9.53 | | $518.98 |
| 09/17/2018 | | VISA DDA PUR 473309   THE 320 MARKET ( | | $9.53 | | $509.45 |
| 09/18/2018 | | DDA PURCHASE 403482   GIANT  6511 | | $44.91 | | $464.54 |
| 09/18/2018 | 184 | CHECK | | $42.00 | | $422.54 |
| 09/18/2018 | | DDA PURCHASE 07294801   MIKES AUTO R | | $31.39 | | $391.15 |
| 09/19/2018 | | VISA DDA PUR 469216   NETFLIX COM | | $14.83 | | $376.32 |
| 09/19/2018 | | DDA PURCHASE 32312171   TARGET T  1200 | | $12.71 | | $363.61 |
| 09/19/2018 | | DDA PURCHASE 403482   GIANT  6511 | | $10.48 | | $353.13 |
| 09/20/2018 | | DDA PURCHASE 403482   GIANT  6511 | | $30.55 | | $322.58 |
| 09/21/2018 | | ZITNER CANDY COR DIRECT DEP | | | $3,721.42 | $4,044.00 |
| 09/21/2018 | | VISA DDA PUR 469216   GIANT FUEL 6655 | | $74.48 | | $3,969.52 |
| 09/21/2018 | | VISA DDA PUR 401339   WALLINGFORD SW | | $42.49 | | $3,927.03 |
| 09/21/2018 | | DDA PURCHASE 12642801   BOB S SERVICE | | $42.35 | | $3,884.68 |
| 09/21/2018 | | VISA DDA PUR 429910   51689  8TH  MARK | | $30.00 | | $3,854.68 |
| 09/21/2018 | | DDA PURCHASE 88152102   CONSUMER CO | | $7.98 | | $3,846.70 |
| 09/24/2018 | | DEPOSIT | | | $3,520.00 | $7,366.70 |
| 09/24/2018 | | DEBIT | | $250.00 | | $7,116.70 |
| 09/24/2018 | | DDA PURCHASE 403482   GIANT  6511 | | $183.10 | | $6,933.60 |
| 09/24/2018 | | DDA PURCHASE 06566365   BEST BUY    0 | | $85.84 | | $6,847.76 |
| 09/24/2018 | | DDA PURCHASE 08924773   MODELL S  28 | | $39.20 | | $6,808.56 |
| 09/24/2018 | | VISA DDA PUR 444500   CVS PHARMACY  0 | | $35.56 | | $6,773.00 |

| 09/24/2018 | DDA PURCHASE 19074474  HARM 00 | $36.40 | $6,746.84 |
|---|---|---|---|
| 09/24/2018 | VISA DDA PUR 426979  RENATO PIZZA | $10.80 | $6,736.04 |
| 09/25/2018 | 185 | POD CHECK | $140.00 | $6,596.04 |
| 09/25/2018 | DDA PURCHASE 403482  GIANT 6511 | $115.90 | $6,480.14 |
| 09/26/2018 | VISA DDA PUR 444500  LIFETOUCH NSS O | $86.92 | $6,393.22 |
| 09/26/2018 | DDA PURCHASE 03249936  LOFT 0822 SPRI | $56.98 | $6,336.24 |
| 09/26/2018 | DDA PURCHASE 32312074  TARGET T 1200 | $31.66 | $6,304.58 |
| 09/26/2018 | VISA DDA PUR 449215  NURSECE4LESS CC | $29.99 | $6,274.59 |
| 09/26/2018 | DDA PURCHASE 403482  GIANT 6511 | $28.56 | $6,246.03 |
| 09/26/2018 | VISA DDA PUR 473309  THE 320 MARKET ( | $9.53 | $6,236.50 |
| 09/27/2018 | DDA WITHDRAW P324696  950 BALTIMOR | $203.50 | $6,033.00 |
| 09/27/2018 | VISA DDA PUR 401339  WALLINGFORD SW | $42.49 | $5,990.51 |
| 09/27/2018 | DDA PURCHASE 403482  GIANT 6511 | $31.54 | $5,958.97 |
| 09/28/2018 | MOBILE DEPOSIT | $650.00 | $6,608.97 |
| 09/28/2018 | M&T MORTGAGE   ONLINE PMT | $3,800.00 | $2,808.97 |
| 09/28/2018 | DDA WITHDRAW 815068  521 E BALTIMO | $43.00 | $2,765.97 |
| 09/28/2018 | DDA PURCHASE 319851  WAWA 8082 | $42.45 | $2,723.52 |
| 10/01/2018 | DDA PURCH REF 03125740  LOFT 1300 PLA | $29.99 | $2,753.51 |
| 10/01/2018 | COMCAST 8499100  330011924 | $369.09 | $2,384.42 |
| 10/01/2018 | DDA PURCHASE 403482  GIANT 6511 | $164.55 | $2,219.87 |
| 10/01/2018 | DDA PURCHASE 09341863  PACSUN 0220 | $162.95 | $2,056.92 |
| 10/01/2018 | VISA DDA PUR 469216  GAP US 1462 | $132.23 | $1,924.69 |
| 10/01/2018 | DDA PURCHASE 08216348  AMERICAN EA | $120.00 | $1,804.69 |
| 10/01/2018 | DDA PURCHASE 0104  14013 KING OF PR | $78.00 | $1,726.69 |
| 10/01/2018 | VISA DDA PUR 469216  GEORGETOWN CU | $56.00 | $1,670.69 |
| 10/01/2018 | VISA DDA PUR 442629  HENG S THAI | $37.10 | $1,633.59 |
| 10/01/2018 | VISA DDA PUR 439900  A EAGLE OUTFTR0 | $29.84 | $1,603.75 |
| 10/01/2018 | DDA PURCHASE 32312072  TARGET T 1200 | $28.94 | $1,574.81 |
| 10/01/2018 | VISA DDA PUR 444500  5GUYS 0372 QSR | $28.67 | $1,546.14 |
| 10/01/2018 | DDA PURCHASE 403482  GIANT 6511 | $24.89 | $1,521.25 |
| 10/01/2018 | DDA PURCHASE 403482  GIANT 6511 | $24.18 | $1,497.07 |
| 10/01/2018 | VISA DDA PUR 469216  GAP US 605 | $19.97 | $1,477.10 |