IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EVAN PROCHNIAK and | : | |
| JAIME PROCHNIAK | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtors | : | Bankruptcy No.: 18-12486 (MDC) |
| | : | |

**JUDGMENT ORDER DISMISSING CASE**

AND NOW, upon consideration of the Acting United States Trustee's Motion to Dismiss and the debtors' response, if any, it is now, therefore,

ORDERED as follows:

Judgment in accordance with FRBP 9021 is entered in favor of the United States Trustee against the debtor (s) in the principal sum of $ _0.00_ , being the minimum amount of the accrued but unpaid fees due to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER ORDERED that the Acting United States Trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

It is Further Ordered that the Court shall retain jurisdiction over any administrative matters relating to payment of attorney fees.

_____  10/31/18
HONORABLE MAGDELINE D. COLEMAN
United States Bankruptcy Judge