# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| EVAN PROCHNIAK AND JAIME PROCHNIAK | Case No. 18-12486 (MDC) |
| Debtors. | |

## ORDER

**AND NOW**, this  5th  day of   December  , 2018, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Bielli & Klauder, LLC, as Counsel to the Debtors for the Period of April 13, 2018 Through August 31, 2018 (the "Application"); it is hereby

**ORDERED** that the Application is **APPROVED**; and it is further

**ORDERED** that the Debtors are authorized to compensate Bielli & Klauder, LLC in the amount of $17,393.00 for services rendered as counsel to the Debtors and $0.90 for reimbursement of expenses for the period April 13, 2018 through August 31, 2018.

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE