United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Evan Prochniak  
Jaime Prochniak  
      Debtors

Case No. 18-12486-mdc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 06, 2018  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.  
db/db    +Evan Prochniak,    Jaime Prochniak,    20 Guernsey Road,    Swarthmore, PA 19081-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:

       CORY P. STEPHENSON    on behalf of Debtor Jaime Prochniak cstephenson@bk-legal.com  
       CORY P. STEPHENSON    on behalf of Debtor Evan Prochniak cstephenson@bk-legal.com  
       DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue dkuhn@attorneygeneral.gov  
       JOSEPH P. KERRIGAN    on behalf of Creditor    Lava Funding, LLC jpklaw@msn.com, G21030@notify.cincompass.com  
       JULIE M. MURPHY    on behalf of    The Bryn Mawr Trust Company murphy@hylandlevin.com  
       KARIN CORBETT    on behalf of    Universal Funds, LLC kcorbett@offitkurman.com, mhines@offitkurman.com  
       KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov  
       MICHAEL JASON BARRIE    on behalf of Creditor    CRE/ADC VENTURE 2013-1, LLC, as successor-in-interest to NOVA BANK mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;jhoover@beneschlaw.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
       STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotice@comcast.net  
       THOMAS DANIEL BIELLI    on behalf of Attorney    Bielli & Klauder, LLC tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com  
       THOMAS DANIEL BIELLI    on behalf of Debtor Jaime Prochniak tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com  
       THOMAS DANIEL BIELLI    on behalf of Debtor Evan Prochniak tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WALTER WEIR, JR.    on behalf of Creditor KENNETH SCHUSTER wweir@weirpartners.com, smorris@weirpartners.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

       TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Chapter 11 |
|---|---|
| EVAN PROCHNIAK AND JAIME PROCHNIAK | Case No. 18-12486 (MDC) |
| Debtors. | |

## ORDER

**AND NOW**, this  5th  day of   December   , 2018, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Bielli & Klauder, LLC, as Counsel to the Debtors for the Period of April 13, 2018 Through August 31, 2018 (the "Application"); it is hereby

**ORDERED** that the Application is **APPROVED**; and it is further

**ORDERED** that the Debtors are authorized to compensate Bielli & Klauder, LLC in the amount of $17,393.00 for services rendered as counsel to the Debtors and $0.90 for reimbursement of expenses for the period April 13, 2018 through August 31, 2018.

BY THE COURT:

_Magdeline D. Coleman_
_____
THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE